USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/31/2015___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UPT POOL LTD.,

        Plaintiff,

   -against-        14-CV-9262 (VEC)

DYNAMIC OIL TRADING (SINGAPORE) PTE.
LTD., O.W. BUNKER USA INC., O.W. BUNKER
NORTH AMERICA INC., O.W. BUNKER
HOLDING NORTH AMERICA INC., HARLEY
MARINE SERVICES, INC., ING BANK N.V.,

        Defendants.
------------------------------------------------------------X
BIRCH SHIPPING LTD.,

        Plaintiff,

   -against-        14-CV-9282 (VEC)

O.W. BUNKER CHINA LTD. (HK), O.W.
BUNKER USA INC., O.W. BUNKER NORTH
AMERICA INC., O.W. BUNKER HOLDING
NORTH AMERICA INC., O.W. BUNKER &
TRADING A/S, CHEMOIL LATIN AMERICA,
INC., ING BANK N.V.,

        Defendants:
------------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD.,

        Plaintiffs,

   -against-        14-CV-9286 (VEC)

O.W. BUNKER (SWITZERLAND) SA, O.W.
BUNKER USA INC., O.W. BUNKER NORTH
AMERICA INC., O.W. BUNKER HOLDING
NORTH AMERICA INC., WESTOIL MARINE
SERVICES, INC., ING BANK N.V.,

        Defendants:
------------------------------------------------------------X

```
------------------------------------------------------------X
CLEARLAKE SHIPPING PTE LTD,                          :
                                                     :
                              Plaintiff,             :
                                                     :
              -against-                              :      14-CV-9287 (VEC)
                                                     :
O.W. BUNKER (SWITZERLAND) SA, O.W.                   :
BUNKER USA INC., O.W. BUNKER NORTH                   :
AMERICA INC., O.W. BUNKER HOLDING                    :
NORTH AMERICA INC., NUSTAR ENERGY                    :
SERVICES INC., ING BANK N.V.,                        :
                                                     :
                              Defendants:            :
------------------------------------------------------------X
BONNY GAS TRANSPORT LIMITED, as owner                :
of the LNG FINIMA (IMO No. 7702401),                 :
                                                     :
                              Plaintiff,             :
                                                     :      14-CV-9542 (VEC)
              -against-                              :
                                                     :
O.W. BUNKER GERMANY GMBH, NUSTAR                     :
TERMINALS MARINE SERVICES N.V.,                      :
NUSTAR ENERGY SERVICES, INC., ING                    :
BANK N.V.,                                           :
                                                     :
                              Defendants.:           :
------------------------------------------------------------X
MT CAPE BIRD TANKSCHIFFAHRTS GMBH                    :
& CO. KG, individually and on behalf of M/T          :
CAPE BIRD (IMO No. 9260067),                         :
                                                     :
                              Plaintiff,             :      14-CV-9646 (VEC)
                                                     :
              -against-                              :
                                                     :
O.W. USA INC., O.W. NORTH AMERICA INC.,              :
HARLEY MARINE SERVICES, INC., ING                    :
BANK N.V.,                                           :
                                                     :
                              Defendants. :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
SHV GAS SUPPLY & RISK MANAGEMENT            :
SAS AND EXMAR SHIPPING BVBA,                :
as owner of the WAREGEM (IMO No. 9659127),  :
                                            :
                               Plaintiffs,  :
                                            :       14-CV-9720  (VEC)
              -against-                     :
                                            :
O.W. BUNKER USA, INC., O.W. BUNKER          :
HOLDING NORTH AMERICA INC., O.W.            :
BUNKER NORTH AMERICA INC., NUSTAR           :
ENERGY SERVICES, INC., ING BANK N.V.,       :
                                            :
                              Defendants.   :
------------------------------------------------------------X
 HAPAG-LLOYD AKTIENGESELLSCHAFT,            :
                                            :
                               Plaintiff,   :
                                            :
              -against-                     :       14-CV-9949 (VEC)
                                            :
U.S. OIL TRADING L.L.C., O.W. BUNKER        :
GERMANY GMBH, O.W. BUNKER &                 :
TRADING A/S, ING BANK N.V., CREDIT          :
AGRICOLE S.A.,                              :
                                            :
                              Defendants.   :
------------------------------------------------------------X
OSG SHIP MANAGEMENT, INC., and 1372         :
TANKER CORPORATION as owner of the M/V      :
OVERSEAS MULAN (IMO NO. 9230880),           :
                                            :
                              Plaintiffs,   :
                                            :       14-CV-9973 (VEC)
              -against-                     :
                                            :
O.W. BUNKER USA INC., O.W. BUNKER           :
MIDDLE EAST DMCC, CHEMOIL                   :
CORPORATION, CHEMOIL MIDDLE EAST            :
DMCC, GPS CHEMOIL LLC FZC, ING BANK         :
N.V.,                                       :
                                            :
                              Defendants.   :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,              :
                                              :
                              Plaintiff,      :
                                              :
              -against-                       :    14-CV-10027 (VEC)
                                              :
O'ROURKE MARINE SERVICES L.P., L.L.P.,        :
O.W. BUNKER GERMANY GMBH, O.W.                :
BUNKER USA, INC., ING BANK N.V.,              :
                                              :
                              Defendants.     :
------------------------------------------------------------X
CONTI 149 CONTI GUINEA, individually and on   :
behalf of M/T CONTI GUINEA (IMO No.           :
9391402),                                     :
                                              :
                              Plaintiff,      :
                                              :
              -against-                       :    14-CV-10089 (VEC)
                                              :
O.W. BUNKER PANAMA S.A., O.W. BUNKER          :
USA INC., CLEMENTI PARK SHIPPING CO.          :
PTE LTD., ING BANK N.V.,                      :
                                              :
                              Defendants.     :
------------------------------------------------------------X
NYK BULK & PROJECT CARRIERS LTD.,             :
individually and on behalf of M/V OCEAN       :
FRIEND (IMO No. 9401829),                     :
                                              :
                              Plaintiff,      :
                                              :
              -against-                       :    14-CV-10090 (VEC)
                                              :
O.W. BUNKER USA INC., NUSTAR ENERGY           :
SERVICES, INC., HARLEY MARINE GULF,           :
INC., ING BANK N.V.,                          :
                                              :
                              Defendants.     :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
NIPPON KAISHA LINE LIMITED, individually    :
and on behalf of M/V RIGEL LEADER (IMO      :
No.9604940),                                 :
                            Plaintiff,      :
                                             :
            -against-                       :       14-CV-10091 (VEC)
                                             :
O.W. BUNKER USA INC., NUSTAR ENERGY          :
SERVICES, INC., KIRBY INLAND MARINE LP,:
ING BANK N.V.,                              :
                            Defendants.     :
------------------------------------------------------------X
HAPAG-LLOYD AKTIENGESELLSCHAFT,             :
                                             :
                            Plaintiff,      :
                                             :
            -against-                       :       15-CV-00190 (VEC)
                                             :
O.W. BUNKER NORTH AMERICA, INC., O.W.       :
BUNKER GERMANY GMBH, O.W. BUNKER            :
USA, INC., ING BANK N.V.,                   :
                                             :
                            Defendants.     :
------------------------------------------------------------X
APL CO. PTE LTD and AMERICAN                :
PRESIDENT LINES, LTD., individually and on  :
behalf of M/V APL SALALAH (IMO No.          :
9462029), M/V APL ENGLAND (IMO No.          :
9218650), M/V APL OAKLAND (IMO No.          :
9332250), M/V APL SOUTHHAMPTON (IMO         :
No. 9462017), M/V APL THAILAND (IMO No.     :
9077123), M/V APL CHINA (IMO No.            :
9074389), M/V APL EGYPT (IMO No.            :
9196905), M/V APL PHILIPPINES (IMO No.      :
9077276), and, M/V APL YANGSHAN (IMO        :
No. 9462031),                                :
                            Plaintiffs,     :       15-CV-00620 (VEC)
                                             :
            -against-                       :
                                             :
O.W. BUNKER FAR EAST (SINGAPORE) PTE. :
LTD, O.W. BUNKER USA INC., O.W. BUNKER :
NORTH AMERICA INC., WESTOIL MARINE          :
SERVICES, INC., ING BANK N.V.,              :
                            Defendants.     :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
CANPOTEX SHIPPING SERVICES LIMITED,            :
individually and on behalf of M/V GLOBAL       :
PHOENIX (IMO No. 9565053), M/V CMB             :
GIULIA (IMO No. 9588419), and M/V ASTON        :
TRADER II (IMO No. 9392731),                   :
                                               :
                              Plaintiffs,      :
                                               :
              -against-                        :       15-CV-1351 (VEC)
                                               :
O.W. BUNKERS (UK) LIMITED, O.W. SUPPLY         :
& TRADING A/S, CHEVRON MARINE                  :
PRODUCTS LLC, ING BANK N.V.,                   :
                                               :
                              Defendants.      :
------------------------------------------------------------X
STAR TANKERS INC, individually and on behalf   :
of M/V SHARON SEA (IMO No. 9316232),           :
                                               :
                              Plaintiff,       :
                                               :
              -against-                        :       15-CV-2090 (VEC)
                                               :
O.W. BUNKER PANAMA S.A., O.W. BUNKER           :
USA INC., O.W. BUNKER NORTH AMERICA            :
INC., O.W. BUNKER HOLDING NORTH                :
AMERICA INC., ING BANK N.V.,                   :
                                               :
                              Defendants.      :
------------------------------------------------------------:
SK SHIPPING CO., LTD., and SK B&T PTE.         :
LTD., individually and on behalf of M/V AZURIT :
(IMO No. 9551703),                             :
                                               :
                              Plaintiffs,      :
                                               :
              -against-                        :       15-CV-2141 (VEC)
                                               :
NUSTAR ENERGY SERVICES, INC., O.W.             :
BUNKER MIDDLE EAST DMCC, O.W.                  :
BUNKER USA INC., ING BANK N.V.,                :
                                               :
                              Defendants.      :
------------------------------------------------------------X
```

```
-----------------------------------------------------------X
SIGMA TANKERS INC, individually and on            :
behalf of M/V DUBAI ATTRACTION (IMO No.           :
9422536), M/V ORCHID (IMO No. 9624079),           :
                                                  :
                              Plaintiffs,         :
                                                  :
                -against-                         :         15-CV-2733 (VEC)
                                                  :
O.W. BUNKER PANAMA S.A., O.W. BUNKER              :
USA INC., O.W. BUNKER NORTH AMERICA               :
INC., O.W. BUNKER HOLDING NORTH                   :
AMERICA INC., ING BANK N.V.,                      :
                                                  :
                              Defendants.         :
-----------------------------------------------------------X
BAERE MARITIME LLC, individually and on           :
behalf of M/V YASA GOLDEN HORN (IMO No.           :
9334040),                                         :
                                                  :
                              Plaintiff,          :
                                                  :
                -against-                         :         15-CV-2734 (VEC)
                                                  :
O.W. BUNKER PANAMA S.A., O.W. BUNKER              :
USA INC., O.W. BUNKER NORTH AMERICA               :
INC., O.W. BUNKER HOLDING NORTH                   :
AMERICA INC., ING BANK N.V.,                      :
                                                  :
                              Defendants.         :
-----------------------------------------------------------X
MSC MEDITERRANEAN SHIPPING                        :
COMPANY S.A.,                                     :
                                                  :
                              Plaintiff,          :
                                                  :
                -against-                         :         15-CV-3221 (VEC)
                                                  :
O.W. BUNKER NORTH AMERICA INC., O.W.              :
BUNKER USA, INC., O.W. BUNKER                     :
(SWITZERLAND) S.A., ING BANK N.V.,                :
HARLEY MARINE NY, INC.                            :
                                                  :
                              Defendants.         :
-----------------------------------------------------------X
```

```
------------------------------------------------------------X
O.W. BUNKER USA INC. and O.W. BUNKER            :
NORTH AMERICA INC.,                             :
                                                :
                            Plaintiffs,         :
                                                :
            -against-                           :        15-CV-3471 (VEC)
                                                :
COSCO PIRAEUS, I.M.O. NO. 9484364,              :
her engines, tackle, equipment, and furnishings, in :
rem,                                            :
                                                :
                            Defendant.          :
------------------------------------------------------------X
O.W. BUNKER USA INC.,                           :
                                                :
                            Plaintiff,          :
                                                :
            -against-                           :        15-CV-3988 (VEC)
                                                :
M/V BAKKEDAL in rem,                            :
                                                :
                            Defendant.          :
------------------------------------------------------------X
KAWASAKI KISEN KAISHA, LTD and                  :
CATALINA SHIPPING SA, as owner of the M/V       :
Bremen Bridge (IMO No. 9367188),                :
                                                :
                            Plaintiffs,         :
                                                :
            -against-                           :
                                                :        15-CV-4138 (VEC)
O.W. BUNKER MIDDLE EAST DMCC, O.W.              :
BUNKER NORTH AMERICA, INC., ING BANK            :
N.V., HARLEY MARINE NY, INC., and PAUL          :
DAVID COPLEY, IAN DAVID GREEN AND               :
ANTHONY VICTOR LOMAS IN THEIR                   :
CAPACITIES AS JOINT RECEIVERS OF THE            :
SECURITY ASSETS,                                :
                                                :
                            Defendants.         :
------------------------------------------------------------X
```

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS pursuant to the Court's Amended Order of June 30, 2015, counsel for parties in the non-Stayed Actions appeared before the Court for a telephonic discovery conference on July 31, 2015;

IT IS HEREBY ORDERED that:

1. The deadline for Plaintiffs in the non-Stayed Actions to move against any Defendant that has been properly served, but has not answered within its time to answer pursuant to the Federal Rules of Civil Procedures, shall be extended to September 1, 2015.

2. With respect to any non-Stayed Actions in which the U.S. O.W. Bunker entities have not yet answered the Complaint, counsel for ING shall submit a letter no later than September 1, 2015 informing the Court of the status of any negotiations regarding which Defendants are properly before the Court. To the extent the parties can mutually agree to the voluntary dismissal of any Defendant in these actions before September 1, 2015, they are encouraged to promptly submit a stipulation of dismissal to the Court.

3. Counsel for parties to the non-Stayed Actions shall next appear for a telephonic discovery conference on September 10, 2015 at 4:00 p.m. In advance of the call, counsel for ING in the above-captioned actions shall be responsible for conferring with the parties and filing a discovery status update with the Court by September 8, 2015. The Court also requests that counsel for ING take the lead in providing a conference call line for participants and providing the dial-in information to Chambers.

4. Counsel for each Plaintiff shall be responsible for distributing copies of this Order to all

Defendants named in their respective cases on behalf of whom counsel has yet to appear.

**SO ORDERED.**

**Date: July 31, 2015**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**