# Exhibit A

**Noble, Rene**

| | |
|---|---|
| **From:** | Pence, George W |
| **Sent:** | Thursday, November 06, 2014 12:22 PM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: Bunker Confirmation|OWBUC14TS0003|Global Phoenix|Portland OR|Oct 11, 2014 to Oct 14, 2014 |

**From:** CST - Product USWC Fuels Marketing-Confirmations
**Sent:** Monday, October 06, 2014 12:05 PM
**To:** Pence, George W; HOUSTON@OWBUNKER.COM; SOX@chevron
**Subject:** Bunker Confirmation|OWBUC14TS0003|Global Phoenix|Portland OR|Oct 11, 2014 to Oct 14, 2014

To: O.W. Bunker USA Inc.
Attn: Bunker Department (Houston)

From: Chevron Marine Products Company, LLC

Date: Oct 06, 2014

Chevron Contract Number: OWBUC14TS0003 Revision Number: 0
Trade Date: Oct 06, 2014

We accept the nomination in accordance with the following details:

| | |
|---|---|
| Seller: | Chevron Marine Products LLC |
| Specs: | In Accordance with ISO Specifications |
| Vessel: | Global Phoenix |
| IMO Number: | 9565053 |
| Port: | Portland OR |
| ETA: | Oct 11, 2014 to Oct 14, 2014 |
| Buyer: | O.W. Bunker USA Inc. |
| Credit Terms: | 30FDOD |
| Product: | RMG-380Max 3.5%Sulfur |
| Quantity: | 750 MT dlvd |
| Price: | $619/MT |

Comments:
QUANTITY RANGE 600-750MTS - TO BE DECLARED
Delivered price RMG380 ISO2005 max sulfur 3.5% plus environmental fee $60 and if applicable boom fee $1750.

Additional Terms:

Unless otherwise agreed to by the seller, all barging, local charges, including extra delivery charges, wharfage, local taxes or surcharges, if incurred, will be for buyers account.

1

Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) apply to this transaction a copy of which you have received. Any proposed variations to Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) must be agreed in writing by Chevron Marine Products LLC at the time the nomination is accepted. If you are in any doubt as to their effect or if you have mislaid them, kindly advise and a copy will be forwarded promptly. The terms of sale are published at www.chevronmarineproducts.com/products/fuel-terms-sale.aspx.

By fulfilling this order, seller agrees that pursuant to applicable US/EU trade embargo requirements, no product delivered under this contract shall contain any component of petroleum products with origin from Iran, Syria, Sudan, Cuba or North Korea. Buyer retains right to cancel this nomination without penalty, should it learn or determine that the product to be supplied contains petroleum products of the above countries.

Chevron Marine Products LLC is MARPOL compliant to the extent that MARPOL applies to this delivery. Thank you for concluding this business with Chevron Marine Products LLC.

Best Regards,
Chevron Marine Products LLC

**Noble, Rene**

| | |
|---|---|
| **From:** | Verduzco, Wendy J |
| **Sent:** | Thursday, November 06, 2014 11:38 AM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: Bunker Confirmation Amended|OWBUC14TS0003|Global Phoenix|Portland OR|Oct 11, 2014 to Oct 14, 2014 |

Best Regards,

**Wendy Verduzco,**
Marketing Advisor

**Chevron Supply & Trading**
Chevron Products Company
(a division of Chevron U.S.A. Inc.)
6001 Bollinger Canyon Road, Bldg. L-3383-B44
San Ramon, CA 94583
Tel 925 842 3795
Mobile 925 980 3141
wendyverduzco@chevron.com
bunkerswendy@yahoo.com

**From:** CST - Product USWC Fuels Marketing-Confirmations
**Sent:** Wednesday, October 08, 2014 4:13 PM
**To:** HOUSTON@OWBUNKER.COM; SOX@chevron; CST - Product USWC Fuels Marketing-Confirmations
**Subject:** Bunker Confirmation Amended|OWBUC14TS0003|Global Phoenix|Portland OR|Oct 11, 2014 to Oct 14, 2014

To: O.W. Bunker USA Inc.
Attn: Bunker Department (Houston)

From: Chevron Marine Products Company, LLC

Date: Oct 08, 2014

Chevron Contract Number: OWBUC14TS0003 Revision Number: 1
Trade Date: Oct 06, 2014

*** THIS IS A MODIFICATION OF A COMMUNICATION PREVIOUSLY SENT ON *** October 06, 2014

We accept the nomination in accordance with the following details:

| | |
|---|---|
| Seller: | Chevron Marine Products LLC |
| Specs: | In Accordance with ISO Specifications |
| Vessel: | Global Phoenix |
| IMO Number: | 9565053 |
| Port: | Portland OR |

| | |
|---|---|
| ETA: | Oct 11, 2014 to Oct 14, 2014 |
| Buyer: | O.W. Bunker USA Inc. |
| Credit Terms: | 30FDOD |
| Product: | RMG-380Max 3.5%Sulfur |
| Quantity: | 660 MT dlvd |
| Price: | $619/MT |

Comments:
\*\*\*FINAL QTY AT 660MTS\*\*\*
Delivered price RMG380 ISO2005 max sulfur 3.5% plus environmental fee $60 and if applicable boom fee $1750.

Additional Terms:

Unless otherwise agreed to by the seller, all barging, local charges, including extra delivery charges, wharfage, local taxes or surcharges, if incurred, will be for buyers account.

Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) apply to this transaction a copy of which you have received. Any proposed variations to Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) must be agreed in writing by Chevron Marine Products LLC at the time the nomination is accepted. If you are in any doubt as to their effect or if you have mislaid them, kindly advise and a copy will be forwarded promptly. The terms of sale are published at www.chevronmarineproducts.com/products/fuel-terms-sale.aspx.

By fulfilling this order, seller agrees that pursuant to applicable US/EU trade embargo requirements, no product delivered under this contract shall contain any component of petroleum products with origin from Iran, Syria, Sudan, Cuba or North Korea. Buyer retains right to cancel this nomination without penalty, should it learn or determine that the product to be supplied contains petroleum products of the above countries.

Chevron Marine Products LLC is MARPOL compliant to the extent that MARPOL applies to this delivery. Thank you for concluding this business with Chevron Marine Products LLC.

Best Regards,
Chevron Marine Products LLC

2

**Noble, Rene**

| | |
|---|---|
| **From:** | Pence, George W |
| **Sent:** | Thursday, November 06, 2014 12:20 PM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101 |
| **Attachments:** | Purchase Order Confirmation - 172-Q0000007820.pdf |

-----Original Message-----
From: houston@owbunker.com [mailto:houston@owbunker.com]
Sent: Monday, October 06, 2014 1:25 PM
To: Pence, George W
Subject: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101

Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Donald Morales
Office:  +1 281 946 2300
Direct:  +1 281 946 2375
Mobile: +1 832 795 1707
Fax:      +1 281 946 2301
Email:   domo@owbunker.com
Yahoo ID: domo_owbunker

1

# O.W. Bunker USA Inc.

**(W) Bunker**

Chevron Marine Products LLC.
6001 Bollinger Canyon Road
Bldg. L 3rd. Floor
CA - 94583 San Ramon
United States of America
Mr. George Pence

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN:
IBAN:
SWIFT:
IBAN:
SWIFT:

## Purchase Order Confirmation

**Purchase Order No.      172-13101**

We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | GLOBAL PHOENIX (IMO: 9565053) |
| Port | PORTLAND(OR USA) |
| Delivery date | Between 11. October 2014 and 14. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   6. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 600,00-750,00 | MT | Fueloil 380-CST 3,5% | USD | 619,00 | MT | Barge |

**Agent**

**Payment**        WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE.

**Remarks**

**Kind Regards**

**Donald Morales**

| | |
|---|---|
| Direct | +1 281 946 2375 |
| Mobile | +1 832 795 1707 |
| Yahoo ID | domo_owbunker |
| E-Mail | domo@owbunker.com |
| Office E-Mail | houston@owbunker.com |

**Noble, Rene**

| | |
|---|---|
| **From:** | Pence, George W |
| **Sent:** | Thursday, November 06, 2014 12:21 PM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101 |

-----Original Message-----
From: Pence, George W
Sent: Wednesday, October 08, 2014 12:13 PM
To: 'Donald Morales'
Cc: Diana Eikrem; Pence, George W
Subject: RE: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101

Noted thanks.

George Pence,
Marine Marketing

Chevron Marine Products LLC
Products Supply and Trading
6001 Bollinger Canyon Road, Bldg. L, 3rd Floor
San Ramon, CA  94583
Tel 925 842 3790
Mobile 925 357 0248
gpis@chevron.com

-----Original Message-----
From: Donald Morales [mailto:domo@owbunker.com]
Sent: Wednesday, October 08, 2014 11:55 AM
To: Pence, George W
Cc: Diana Eikrem
Subject: RE: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101

Hello George,
Finall qtty will be 660mts.

Best regards

Don Morales
Bunker Purchaser, North America
WW Trading Division
Direct: +1 281 946 2300
Cell: +1 832 795 1707

1

E-mail: domo@owbunker.com
Yahoo ID: domo_owbunker
O.W. Bunker USA Inc.
2603 Augusta Drive, Suite 440
Houston, TX-77057
United States of America
Office: +1 281 946 2300
Fax: +1 281 946 2301
Email: Houston@owbunker.com
Website: www.owbunker.com


-----Original Message-----
From: Pence, George W [mailto:GeorgePence@chevron.com]
Sent: 6. oktober 2014 15:28
To: 2.OWB.US.Houston_all
Cc: Pence, George W
Subject: RE: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101

Please remember the Env Fee and Boom.

George Pence,
Marine Marketing

Chevron Marine Products LLC
Products Supply and Trading
6001 Bollinger Canyon Road, Bldg. L, 3rd Floor San Ramon, CA  94583 Tel 925 842 3790 Mobile 925 357 0248
gpls@chevron.com


-----Original Message-----
From: houston@owbunker.com [mailto:houston@owbunker.com]
Sent: Monday, October 06, 2014 1:25 PM
To: Pence, George W
Subject: GLOBAL PHOENIX - PORTLAND(OR USA) - 11-10-2014 - Purchase Order Confirmation No. 172-13101

Good day,

Please find enclosed your Purchase Order Confirmation as requested.


Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Donald Morales
Office:  +1 281 946 2300
Direct:  +1 281 946 2375
Mobile: +1 832 795 1707
Fax:      +1 281 946 2301
Email:   domo@owbunker.com

2

**Chevron**

**Bunker Delivery Note**

| Port/Delivery Location PANAMA | | IMO Number of Receiving Vessel 9 5 6 5 0 5 3 |
| Bunkers Delivered to M.V. of S/S GLOBAL PHOENIX | Vessel Flag PANAMA | Next Port of Call BRAZIL |
| Owner/Operator or Account of O.W. BUNKER USA | Ship's Agent WILHELMSEN | Voyage Destination |
| Loading Terminal PTSI - PORTLAND, OR - USA | | Contracting Company OLYMPIC TUG & BARGE |

| Product Analysis | RMG 380 | | | Nomination Ref. Number |
| Density @ 15°C / API @ 60°F | 0.9910 | | | |
| Viscosity cSt - 50°C | 2 8 8 | | 14531169 | OWBUC 14 TS0003 |
| Sulfur % (m/m) | 2.64 | | | Date of Commencement of Delivery |
| Water % (v/v) | 0.05 | | | |
| Flashpoint PM °F ° | 167° | | | 16 OCT 2014 |

Delivery Method: ☐ Shore Tank ☒ Barge ☐ Tank Truck   OTB

| Product | Barge Name | Alongside Vessel | | Connection Made | | Started Discharging | | Finished Discharging | | Hoses Off | | Departed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date |
| RMG 380 | INVESTIGATOR | 1945 | 16Oct14 | 2035 | 16Oct14 | 2055 | 16Oct14 | 0005 | 17Oct14 | 0015 | 17Oct14 | 0030 | 17Oct14 |

| Shore Tank or Barge Tank | Product Name | Opening | | | Closing | | | Gross Barrels / Liters |
|---|---|---|---|---|---|---|---|---|
| | | MT/FT CM/IN | Quantity | Temp °C / °F | MT/FT CM/IN | Quantity | Temp °C / °F | |
| 3P | RMG 380 | 5-3¾ | 1453.88 | 125° | 14-6¾ | 15.53 | 60° | |
| 3S | | 5-3 | 1487.85 | 1 | 14-6¾ | 15.56 | | |
| 4S | | 5-10¾ | 1411.63 | | 14-7 | 15.57 | | 4306.20 |
| | | | 4552.86 | | | 46.66 | | |

| Product Description | Gross Quantity (Units) | Temp °C / °F | Temperature Correction Factor | Billing Quantities | | | |
|---|---|---|---|---|---|---|---|
| | | | | Barrels / Liters Net @15°C / 60°F | Vol. to Weight Conversion Factor | Metric Tons Net | |
| Fuel Oil RMG380 | 4306.20 | 125° | .15721 | 4199.40 | .9752 | 660.18 MT | |
| Fuel Oil . . . . . . . . . . cSt | | | | | | | |
| Marine Diesel | | | | | | | |
| Gas Oil | | | | | | | |

Samples were taken, sealed and distributed as follows:

Vessel Sample #'s S-1193758

Supplier Sample #'s B1-1193757, B2-1147281

Surveyor Sample #'s (if required)

Marpol Sample #'s SM-1193810

Others (if required)

The fuel oil supplied is in conformity with regulations 14 (1) or (4) (a) and regulation 18 (1) of annex VI to MARPOL 73/78   **Chevron Marine Products LLC**
Name, Address and Telephone of Supplier: 6001 Bollinger Cyn RD Bldg 1, 3rd Floor
San Ramon, CA 94583   (925) 842-3796

Signature of Supplier's Representative:

Print Name (Block Letters) KELLY LINDBLOM

I confirm that the above product was delivered, appropriate samples have been received and that the quantity supplied was witnessed as correct.

Signature: Mario S. Sing (Master/Chief Engineer)

Print Name: MARIO SING (Block Letters)

Vessel Stamp: 3 EWZ PANAMA GLOBAL PHOENIX PANAMA

Supplier's gauges and sampling witnessed by customer's representative: Yes / Declined

Was a note of protest issued? Yes / No

Remarks: MSDS DELIVERED TO VESSEL

White copy: Original; Blue copy: Ship's; Green copy: Comptroller; Canary copy: Ops center; Pink copy: Terminal; Gold copy: Barge

R-264 (7-10)

 **HARLEY MARINE SERVICES**

# NOTICE OF READINESS

**Barge:** *Investigator*                **Customer:** *Chevron*

**1st Call:**                 *Date:*                  *Time:*

**Contact Established:**         *Date:*                  *Time:*

**Location at Time of NOR:** *Ploval*

**Date and Time of NOR:** *10/16/14 – 0300*

**Port:** *Tacoma*

**Dock/Vessel:** *PTS*

**Barge Official Number:** *638965*

**OTB Voyage Number:** *19223*

**Customer Voyage Number:**

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,


Received and Accepted by Terminal or Vessel Representative:

*Scott Hangartner*                 *[signature]*              *10-16-14*
Print Name                            Signature                         Date

Tug Master / Barge PIC Name:

*Shane Bann*                       *[signature]*              *10/16/14*
Print Name                            Signature                         Date

© Harley Marine Services, Inc.



*RELEASED*

**HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_          Customer: _Chevron_

**1st Call:**                    *Date:*              *Time:*

**Contact Established:**          *Date:*              *Time:*

**Location at Time of NOR:** _Rox ar_

**Date and Time of NOR:** _10/16/14 - 1640_

**Port:** _Frimm_

**Dock/Vessel:** _P73_

**Barge Official Number:** _638965_

**OTB Voyage Number:** _1988_

**Customer Voyage Number:**

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time,
date, and port and said vessel is hereby tendered to you as being ready to commence
operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

_Scott HANGARTNER_          _[signature]_              _10-16-14_
Print Name                   Signature                 Date

Tug Master / Barge PIC Name:

_[signature]_               _[signature]_               _10/16/14_
Print Name                   Signature                 Date

© Harley Marine Services, Inc.



**HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_          Customer: _Chevron_

**1st Call:**                    *Date:*              *Time:*

**Contact Established:**         *Date:*              *Time:*

**Location at Time of NOR:** _PORTLAND OR_

**Date and Time of NOR:** _16 Oct 2014_ ~~0800~~ _2020_

**Port:** _PDX, BULK_

**Dock/Vessel:** _Global Phoenix_

**Barge Official Number:** _638965_

**OTB Voyage Number:** _1983_

**Customer Voyage Number:**

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

Mario S. Sing
Chief Engineer
Print Name            Signature            Date _16 OCT. 2014_

Tug Master / Barge PIC Name:

_KELLY LINDBLOM_
Print Name            Signature            Date _16 Oct 2014_

© Harley Marine Services, Inc.

# BARGE LOG

| Company: | OTB - Portland | Tug: | Willamette Champion |
|---|---|---|---|
| Primary Tankerman: | Shane Bonnin | Barge: | Investigator |
| Log Date: | October 16th, 2014 | Job #: | |
| Location: | | | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 02:30 | 02:30 | 19223 | Arrive at Load Port | |
| ▼ | 02:40 | 02:40 | 19223 | All Fast at Load | |
| ▼ | 03:00 | 03:00 | 19223 | NOR Tendered for Load | |
| ▼ | 03:30 | 03:30 | 19223 | Boom On for Load | |
| ▼ | 03:40 | 03:40 | 19223 | ESDs / HLAs Tested and Activated for Load | |
| ▼ | 03:50 | 03:50 | 19223 | Barge Gauged (Start) for Load | |
| ▼ | 04:10 | 04:10 | 19223 | Hose/Load Arm Connected for Load | |
| ▼ | 04:20 | 04:20 | 19223 | DOI / Pre-Transfer Meeting for Load | |
| ▼ | 04:25 | 04:25 | 19223 | Ready for Load | |
| ▼ | 04:30 | 04:30 | 19223 | Start Load | |
| ▼ | 04:45 | 04:50 | 19223 | RATE CHECK @ 370 MT PER HR- 0 PSI- OK | |
| ▼ | 05:15 | 05:20 | 19223 | RATE CHECK @ 370 MT PER HR- 0 PSI- OK | |
| ▼ | 05:45 | 05:50 | 19223 | RATE CHECK @ 370 MT PER HR- 0 PSI- OK | |
| ▼ | 06:20 | 06:20 | 19223 | Finish Load | |
| ▼ | 06:22 | 06:22 | 19223 | Barge Gauged (Finish) for Load | |
| ▼ | 06:30 | 06:30 | 19223 | Hose/Load Arm Disconnected for Load | |
| ▼ | 06:40 | 06:40 | 19223 | Boom Off for Load | |
| ▼ | 06:40 | 06:40 | 19223 | All Secure Load | |
| ▼ | 06:45 | 06:45 | 19223 | Depart Dock, Completed Load | |
| ▼ | 07:00 | 07:00 | 19223 | Tankerman Depart from Load | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| Shane Bonnin | OTB Tankerman Regular | 03:00 | 07:00 | 0 |

## DEPARTURE INFO

| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
|---|---|---|---|---|---|
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG

# BARGE LOG

| | |
|---|---|
| **Company:** | OTB - Portland |
| **Primary Tankerman:** | Kelly Lindblom |
| **Log Date:** | October 16th, 2014 |
| **Location:** | |

| | |
|---|---|
| **Tug:** | Willamette Champion |
| **Barge:** | Investigator |
| **Job #:** | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 19:45 | 19:45 | 19223 | Arrive at Discharge Port | |
| ▼ | 19:55 | 19:55 | 19223 | All Fast at Discharge | |
| ▼ | 20:00 | 20:00 | 19223 | Tankerman Arrive on Barge for Discharge | |
| ▼ | 20:05 | 20:05 | 19223 | ESDs / HLAs Tested and Activated for Discharge | |
| ▼ | 20:15 | 20:15 | 19223 | Barge Gauged (Start) for Discharge | |
| ▼ | 20:20 | 20:20 | 19223 | NOR Tendered for Discharge | |
| ▼ | 20:30 | 20:30 | 19223 | DOI / Pre-Transfer Meeting for Discharge | |
| ▼ | 20:35 | 20:35 | 19223 | Hose/Load Arm Connected for Discharge | |
| ▼ | 20:50 | 20:50 | 19223 | Ready for Discharge | |
| ▼ | 20:55 | 20:55 | 19223 | Start Discharge | |
| ▼ | 21:05 | 21:10 | 19223 | rate check 230 m/t 30 psi-ok | |
| ▼ | 21:25 | 21:30 | 19223 | rate check 250 m/t 35-psi-ok | |
| ▼ | 21:55 | 22:00 | 19223 | rate check 250 m/t 35-psi-ok | |
| ▼ | 22:25 | 22:30 | 19223 | rate check 250 m/t 35-psi-ok | |
| ▼ | 22:55 | 23:00 | 19223 | rate check 250 m/t 35-psi-ok | |
| ▼ | 23:25 | 23:30 | 19223 | rate check 250 m/t 35 psi-ok | |
| ▼ | 23:59 | 23:59 | 19223 | discharging rmg380 to global phoenix | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| Kelly Lindblom | OTB AB DeckTankerman Regular | 20:00 | 23:59 | 0 |

## DEPARTURE INFO

| | | | | | |
|---|---|---|---|---|---|
| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG

# BARGE LOG

| | |
|---|---|
| **Company:** | OTB - Portland |
| **Primary Tankerman:** | Kelly Lindblom |
| **Log Date:** | October 17th, 2014 |
| **Location:** | |

| | |
|---|---|
| **Tug:** | Willamette Champion |
| **Barge:** | Investigator |
| **Job #:** | |

q v v 3 5 4 i k b 7 z 1 h 4

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 00:05 | 00:05 | 19223 | Finish Discharge | |
| ▼ | 00:10 | 00:10 | 19223 | Barge Gauged (Finish) for Discharge | |
| ▼ | 00:15 | 00:15 | 19223 | Hose/Load Arm Disconnected for Discharge | |
| ▼ | 00:20 | 00:20 | 19223 | Paperwork Signed for Discharge | |
| ▼ | 00:25 | 00:25 | 19223 | All Secure Discharge | |
| ▼ | 00:30 | 00:30 | 19223 | Tankerman Depart from Discharge | |
| ▼ | 00:30 | 00:30 | 19223 | Depart Dock, Completed Discharge | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| | | | | |

## DEPARTURE INFO

| | | | |
|---|---|---|---|
| Cargo Hose off @: | 00:00 | Secure @: | 00:00 |
| Draft Fwd.: | | Draft Aft.: | |

| | |
|---|---|
| Sailed @: | 00:00 |
| Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG

**BILL OF LADING AND**
**REPORT OF BARGE ~~LOADING OR DISCHARGE~~**
FORM NO. 10-005 (8/84)

| DELIVERED TO | Global Phoenix | RECEIVED FROM | Investigator |
|---|---|---|---|

AT PDX, OR

| | HOUR | DATE | | HOUR | DATE |
|---|---|---|---|---|---|
| ARRIVED ALONG SIDE | 1945 | 10/16/14 | STARTED | 2055 | 10/16/14 |
| FINISHED | 0005 | 10/17/14 | DEPARTED | 0630 | 10/17/14 |

BEFORE DRAFT FWD 105-06   AFT 07-00
AFTER DRAFT FWD 03-06   AFT 0400

| DATE | 10/16/14 | VOYAGE NO. |
|---|---|---|
| COMPANY | OT&B 190 | 1923 |
| BARGE | Investigator | |

NOTE: Water Column for water hatch reading unless noted by *.

UNIT NO.

| TANK NO. | PRODUCT | BEFORE ☒ DISCHARGE ☐ LOADING | | | | | | AFTER ☒ DISCHARGE ☐ LOADING | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OF | WATER INCHES | GROSS BBLS GALS | NET BBLS GALS | FEET | INCHES | OF | WATER INCHES | GROSS BBLS GALS | NET BBLS GALS |
| 3P | RMG380 | 5 | 7¼ | 125 | | 1453.88 | | 14 | 6¾ | 00 | | 15.53 | |
| 3S | | 5 | 5 | | | 1487.35 | | 14 | 6¾ | | | 15.54 | |
| 4S | | 5 | 10¾ | | | 1411.63 | | 14 | 7 | | | 15.57 | |
| | | | | | | 4352.86 TOV | | | — | | | 46.66 | TOB |
| | | | | | | | | | = | | | 4306.20 | GOV |
| | | | | | | | | | × | | | .9752 | T-8B |
| | | | | | | | | | = | | | 4199.40 | GSV |
| | | | | | | | | | × | | | .15731 | F-B |
| | | | | | | | | | = | | | 660.18 | MT |

**SUMMARY OF PRODUCTS** ☒ DISCHARGED ☐ LOADED

| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B.S. & W. | GROSS BBLS GALS | NET @ 60°F BBLS GALS | THE AREA BELOW IS FOR OFFICE USE ONLY. |
|---|---|---|---|---|---|---|---|
| RMG380 | 11.3 | 167 | 388 | 0.05 | 4306.2 | 4199.40 | |

**BILL OF LADING**

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency whersoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

☐ DELIVERED ☒ RECEIVED AS PER ABOVE READINGS
BY _____
SHIPPER'S/CONSIGNEE'S REPRESENTATIVE
CARRIER'S REPRESENTATIVE

☒ DELIVERED ☐ RECEIVED AS PER ABOVE READINGS
BY _____
CARRIER'S REPRESENTATIVE

**BILL OF LADING AND**
**REPORT OF BARGE LOADING OR DISCHARGE**
FORM NO. 10-005 (8/84)

| DELIVERED TO | | | | | | |
|---|---|---|---|---|---|---|
| Investigator | | | | | | |

DATE ▶ 10/16/14  VOYAGE NO 9.223

AT Fox N2

COMPANY OT&B Fox

ARRIVED ALONG SIDE ▶ 0330  DATE 10/16/14  STARTED ▶ 0430  DATE 10/16/14

FINISHED ▶ 0630  DATE 10/16/14  DEPARTED ▶ 0645  DATE 10/16/14

BARGE Investigator

BEFORE DRAFT FWD  03-06  AFT.  04-00

AFTER DRAFT FWD  05-06  AFT  07-00

NOTE: Water Column for water hatch reading unless noted by *.

UNIT NO.

| TANK NO. | PRODUCT | BEFORE |||||| AFTER |||||| |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OF | WATER INCHES | GROSS | NET | FEET | INCHES | OF | WATER INCHES | GROSS | NET |
| 3P | RMG-380 | 14 | 6¾ | 60 | | 15.53 | | 5 | 6 | 130.5 | | 1470.68 | |
| 3S | | 14 | 6¾ | | | 15.56 | | 5 | 5¼ | | | 1477.25 | |
| 4S | | 14 | 7 | 8 | | 15.57 | | 5 | 10¼ | | | 1418.35 | |
| | | | | | | 46.66 TOB | | | | | | ← 4366.88 TOV | |
| | | | | | | | | | | | | = 4319.62 GOV | |
| | | | | | | | | | | | | X .9723 T-6B | |
| | | | | | | | | | | | | = 4199.96 GSV | |
| | | | | | | | | | | | | X .15707 T-13 | |
| | | | | | | | | | | | | = 660.27 M/F | |

**SUMMARY OF PRODUCTS** ☐ DISCHARGED ☑ LOADED

| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B S & W | GROSS | NET @ 60°F | THE AREA BELOW IS FOR OFFICE USE ONLY. |
|---|---|---|---|---|---|---|---|
| RMG-380 | 11.3 | 167 | 288 | 0.05 | 4319.62 | 4199.96 | |

**BILL OF LADING**

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

☑ DELIVERED   ☐ RECEIVED AS PER ABOVE READINGS

BY _____
SHIPPER'S/CONSIGNEE'S REPRESENTATIVE
CARRIER'S REPRESENTATIVE

☐ DELIVERED   ☑ RECEIVED AS PER ABOVE READINGS

BY _____
CARRIER'S REPRESENTATIVE

3

**Noble, Rene**

| | |
|---|---|
| **From:** | Verduzco, Wendy J |
| **Sent:** | Thursday, November 06, 2014 11:34 AM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: Bunker Confirmation\|OWBUC14TS0004\|Cmb Giulia\|Portland OR\|Oct 17, 2014 to Oct 20, 2014 |

Best Regards,

**Wendy Verduzco,**
Marketing Advisor

**Chevron Supply & Trading**
Chevron Products Company
(a division of Chevron U.S.A. Inc.)
6001 Bollinger Canyon Road, Bldg. L-3383-B44
San Ramon, CA 94583
Tel 925 842 3795
Mobile 925 980 3141
wendyverduzco@chevron.com
bunkerswendy@yahoo.com

**From:** CST - Product USWC Fuels Marketing-Confirmations
**Sent:** Tuesday, October 14, 2014 11:35 AM
**To:** HOUSTON@OWBUNKER.COM; SOX@chevron; CST - Product USWC Fuels Marketing-Confirmations
**Subject:** Bunker Confirmation\|OWBUC14TS0004\|Cmb Giulia\|Portland OR\|Oct 17, 2014 to Oct 20, 2014

To: O.W. Bunker USA Inc.
Attn: Bunker Department (Houston)

From: Chevron Marine Products Company, LLC

Date: Oct 14, 2014

Chevron Contract Number: OWBUC14TS0004 Revision Number: 0
Trade Date: Oct 14, 2014

We accept the nomination in accordance with the following details:

| | |
|---|---|
| Seller: | Chevron Marine Products LLC |
| Specs: | In Accordance with ISO Specifications |
| Vessel: | Cmb Giulia |
| IMO Number: | 9588419 |
| Port: | Portland OR |
| ETA: | Oct 17, 2014 to Oct 20, 2014 |
| Buyer: | O.W. Bunker USA Inc. |
| Credit Terms: | 30FDOD |

Product:      IF-380Max 1%Sulfur
Quantity:     100 MT dlvd
Price:        $800.00/MT

Product:      RMG-380Max 3.5%Sulfur
Quantity:     464 MT dlvd
Price:        $614/MT

Comments:
RMG380 ISO2005 max sulfur 3.5% and max 1% plus environmental fee $60 and if applicable boom fee $1750.
This product meets a 1% sulfur specification. It is not intended for use as ECA Marine Fuel per 40 CFR §
80.511(b)(9).

Additional Terms:

Unless otherwise agreed to by the seller, all barging, local charges, including extra delivery charges, wharfage,
local taxes or surcharges, if incurred, will be for buyers account.

Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) apply to this transaction a
copy of which you have received. Any proposed variations to Chevron Marine Products LLC Terms of Sale for
Marine Fuels (Effective July, 2007) must be agreed in writing by Chevron Marine Products LLC at the time the
nomination is accepted. If you are in any doubt as to their effect or if you have mislaid them, kindly advise and a
copy will be forwarded promptly. The terms of sale are published at
www.chevronmarineproducts.com/products/fuel-terms-sale.aspx.

By fulfilling this order, seller agrees that pursuant to applicable US/EU trade embargo requirements, no product
delivered under this contract shall contain any component of petroleum products with origin from Iran, Syria,
Sudan, Cuba or North Korea. Buyer retains right to cancel this nomination without penalty, should it learn or
determine that the product to be supplied contains petroleum products of the above countries.

Chevron Marine Products LLC is MARPOL compliant to the extent that MARPOL applies to this delivery.
Thank you for concluding this business with Chevron Marine Products LLC.

Best Regards,
Chevron Marine Products LLC

**Noble, Rene**

| | |
|---|---|
| **From:** | Verduzco, Wendy J |
| **Sent:** | Thursday, November 06, 2014 12:16 PM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: CMB GIULIA - PORTLAND(OR USA) - 17-10-2014 - Purchase Order Confirmation No. 172-13146 |
| **Attachments:** | Purchase Order Confirmation - 172-Q0000007902.pdf |

Best Regards,

Wendy Verduzco,
Marketing Advisor

Chevron Supply & Trading
Chevron Products Company
(a division of Chevron U.S.A. Inc.)
6001 Bollinger Canyon Road, Bldg. L-3383-B44
San Ramon, CA  94583
Tel 925 842 3795
Mobile 925 980 3141
wendyverduzco@chevron.com
bunkerswendy@yahoo.com

-----Original Message-----
From: houston@owbunker.com [mailto:houston@owbunker.com]
Sent: Tuesday, October 14, 2014 8:05 AM
To: Verduzco, Wendy J
Subject: CMB GIULIA - PORTLAND(OR USA) - 17-10-2014 - Purchase Order Confirmation No. 172-13146

Good day,

Please find enclosed your Purchase Order Confirmation as requested.

Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Donald Morales
Office:  +1 281 946 2300
Direct:  +1 281 946 2375
Mobile: +1 832 795 1707
Fax:     +1 281 946 2301
Email:  domo@owbunker.com
Yahoo ID: domo_owbunker

# O.W. Bunker USA Inc.

 **Bunker**

Chevron Marine Products LLC.
6001 Bollinger Canyon Road
Bldg. L 3rd. Floor
CA - 94583 San Ramon
United States of America
Wendy Verduzco

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: ███████████████
IBAN: ███████████████
SWIFT: ██████████
IBAN: ███████████████
SWIFT: ████████

## Purchase Order Confirmation

**Purchase Order No.**    **172-13146**

We are hereby pleased to confirm our nomination as follows:

| | |
|---|---|
| Vessel | CMB GIULIA (IMO: 9588419) |
| Port | PORTLAND(OR USA) |
| Delivery date | Between 17. October 2014 and 20. October 2014 |
| Account | O.W. Bunker USA Inc. |

HOUSTON   14. October 2014

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 464,00 | MT | Fueloil 380-CST 3,5% | USD | 614,00 | MT | Barge |
| 100,00 | MT | 380-CST 1% | USD | 800,00 | MT | Barge |

| | |
|---|---|
| Agent | WILHELMSEN |
| Payment | WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE. |
| Remarks | environmental fee $60 and if applicable boom fee $1750 |
| | ISO 8217 2010 (E) RMG 380 3.5% |
| | ISO 8217 2010 (E) RMG 380 1.0% |

**Kind Regards**

**Donald Morales**

| | |
|---|---|
| **Direct** | +1 281 946 2375 |
| **Mobile** | +1 832 795 1707 |
| **Yahoo ID** | domo_owbunker |
| **E-Mail** | domo@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

# O.W. Bunker USA Inc.

 **Bunker**

**SELLER ENSURES:**

---------------------------------

Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

**Chevron**

**Bunker Delivery Note**

| | | | |
|---|---|---|---|
| Port/Delivery Location Pox OR T-5 Blk | | IMO Number of Receiving Vessel 9588419 | |
| Bunkers Delivered to MV or S/S CMB GIULIA | Vessel Flag Hong Kong | Next Port of Call South Korea | |
| Owner/Operator or Account of O.W. Bunker USA Inc. | Ship's Agent | Voyage Destination | |
| Loading Terminal PBF - Portland, OR - USA | | Contracting Company Olympic Tug & Barge | |

| Product Analysis | RMG 380 | IF 380 1% | | Nomination Ref. Number |
|---|---|---|---|---|
| Density @ 15°C / API @ 60°F | 0.9902 | 0.9898 | | |
| Viscosity cSt - 50°C | 246.4 | 193.6 | | OWBUC14T50004 |
| Sulfur % (m/m) | 2.39% | 0.887 | 14531275 | |
| Water % (v/v) | 0.00% | 0.05% | | Date of Commencement of Delivery |
| Flashpoint PM °C °F | 174° | 230° | | 10/20/14 |

Delivery Method: ☐ Shore Tank ☒ Barge ☐ Tank Truck  Olympic Tug & Barge

| Product | Barge Name | Alongside Vessel | | Connection Made | | Started Discharging | | Finished Discharging | | Hoses Off | | Departed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date | Hour | Date |
| IF-380 1% | Investigator | 0715 | 10-20 | 0800 | 10-20 | 0840 | 10-20 | 0910 | 10-20 | 1250 | 10-20 | 1300 | 10-20 |
| RMG 380 | | ↓ | ↓ | ↓ | ↓ | 0926 | ↓ | 1000 | ↓ | | | | |

| Shore Tank or Barge Tank | Product Name | Opening | | | Closing | | | Gross Barrels / Liters |
|---|---|---|---|---|---|---|---|---|
| | | MT/FT CM/IN | Quantity | Temp °C / F | MT/FT CM/IN | Quantity | Temp °C / F | |
| 2P | IF-380 1% | 10'5¼" | 105¼" | 127° | 14'63/8 | 15.48 | 60° | 653.98 |
| 3P | RMG-380 | 5'8¼" | 1440.44 | 135° | 146¼" | 15.53 | | 3044.87 |
| 3S | | 4'6" | 1635.52 | | 146¼" | 15.56 | | |

| Product Description (Units) | Gross Quantity (Units) | Temp °C / F | Temperature Correction Factor | Billing Quantities | | |
|---|---|---|---|---|---|---|
| | | | | Barrels / Liters Net @15°C / 60°F | Vol. to Weight Conversion Factor | Metric Tons Net |
| Fuel Oil 380 1% ... cSt | 653.98 | 127° | .9744 | 637.23 | .15710 | 100.11 |
| Fuel Oil RMG 380 ... cSt | 3044.87 | 135° | .9713 | 2957.48 | .15721 | 464.94 |
| Marine Diesel | | | | | | |
| Gas Oil | | | | | | |

Samples were taken, sealed and distributed as follows:

Vessel Sample #'s 1% 1155411-S, 380 1155410-S

Supplier Sample #'s 1155586-B₁, 1155869-B₂, 1155062-B₁, 1155351-B₂

Surveyor Sample #'s (if required) _____

Marpol Sample #'s 1% 1155353-S, 380 1155480-S₁

Others (if required) _____

The fuel oil supplied is in conformity with regulations 14 (1) or (4) (a) and regulation 18 (1) of annex VI to MARPOL 73/78

Name, Address and Telephone of Supplier: Chevron Marine Products LLC
6001 Bollinger Cyn RD Bldg 1, 3rd Floor
San Ramon, CA 94583 (925) 842-3796

Signature of Supplier's Representative: _____

Print Name (Block Letters): _____

I confirm that the above product was delivered, appropriate samples have been received and that the quantity supplied was witnessed as correct.

Signature: _____ (Master/Chief Engineer)

Print Name: RUSTER ANDREW (Block Letters)

Vessel Stamp: M.V. CMB GIULIA HONG KONG

Supplier's gauges and sampling witnessed by customer's representative: (Yes) Declined

Was a note of protest issued? Yes / (No)

Remarks: MSDS Delivered to vessel

*This product meets a 1% sulfur specification. It is not intended for use as ECA Marine Fuel per 40 CFR § 80.511(b)(9)*

R-264 (7-10)

White copy: Original; Blue copy: Ship's; Green copy: Comptroller; Canary copy: Ops center; Pink copy: Terminal, Gold copy: Barge

# BARGE LOG

| | |
|---|---|
| Company: | OTB - Portland |
| Primary Tankerman: | Shane Bonnin |
| Log Date: | October 20th, 2014 |
| Location: | |

| | |
|---|---|
| Tug: | Lissy II |
| Barge: | Investigator |
| Job #: | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 02:00 | 02:00 | 19241 | Arrive at Load Port | |
| ▼ | 02:10 | 02:10 | 19241 | All Fast at Load | |
| ▼ | 02:10 | 02:10 | 19241 | Tankerman Arrive on Barge for Load | |
| ▼ | 02:15 | 02:15 | 19241 | Boom On for Load | |
| ▼ | 02:20 | 02:20 | 19241 | ESDs / HLAs Tested and Activated for Load | |
| ▼ | 02:30 | 02:30 | 19241 | NOR Tendered for Load | |
| ▼ | 02:30 | 02:30 | 19241 | Barge Gauged (Start) for Load | |
| ▼ | 02:45 | 02:45 | 19241 | Hose/Load Arm Connected for Load | |
| ▼ | 03:00 | 03:00 | 19241 | DOI / Pre-Transfer Meeting for Load | |
| ▼ | 03:04 | 03:04 | 19241 | Ready for Load | |
| ▼ | 03:05 | 03:05 | 19241 | START LOADING (RMG-380) | |
| ▼ | 03:20 | 03:25 | 19241 | RATE CHECK @ 370 MT PER HR- 0 PSI- OK | |
| ▼ | 03:50 | 03:55 | 19241 | RATE CHECK @ 370 MT PER HR- 0 PSI- OK | |
| ▼ | 04:20 | 04:20 | 19241 | FINISH LOADING (RMG-380) | |
| ▼ | 04:22 | 04:33 | 19241 | DRAINED HOSE AND PIPELINE INTO #4P, FLUSHED BOTH INTO #1S, THEN PROCEEDED TO LOAD 1% INTO #2P | |
| ▼ | 04:35 | 04:35 | 19241 | START LOADING (IF-380 1%) | |
| ▼ | 04:40 | 04:45 | 19241 | RATE CHECK @ 180 MT PER HR- 0 PSI- OK | |
| ▼ | 04:55 | 04:55 | 19241 | PRIMED BOTH PUMPS WITH 1% | |
| ▼ | 05:08 | 05:08 | 19241 | FINISH LOADING (IF-380 1%) | |
| ▼ | 05:10 | 05:10 | 19241 | Barge Gauged (Finish) for Load | |
| ▼ | 05:30 | 05:30 | 19241 | Hose/Load Arm Disconnected for Load | |
| ▼ | 06:00 | 06:00 | 19241 | Boom Off for Load | |
| ▼ | 06:00 | 06:00 | 19241 | All Secure Load | |
| ▼ | 06:00 | 06:00 | 19241 | Tankerman Depart from Load | |
| ▼ | 06:15 | 06:15 | 19241 | Depart Dock, Completed Load | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| Shane Bonnin | OTB Tankerman Regular | 02:00 | 06:00 | 0 |

## DEPARTURE INFO

| | | | |
|---|---|---|---|
| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|

SIGNATURE OF PERSON RESPONSIBLE FOR LOG

# BARGE LOG

| | |
|---|---|
| Company: | OTB - Portland |
| Primary Tankerman: | Shane Bonnin |
| Log Date: | October 20th, 2014 |
| Location: | |

| | |
|---|---|
| Tug: | Willamette Champion |
| Barge: | Investigator |
| Job #: | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 07:15 | 07:15 | 19241 | NOR Tendered for Discharge | |
| ▼ | 07:15 | 07:15 | 19241 | Arrive at Discharge Port | |
| ▼ | 07:30 | 07:30 | 19241 | All Fast at Discharge | |
| ▼ | 07:50 | 07:50 | 19241 | Gangway On for Discharge | |
| ▼ | 08:20 | 08:20 | 19241 | Hose/Load Arm Connected for Discharge | |
| ▼ | 08:30 | 08:30 | 19241 | DOI / Pre-Transfer Meeting for Discharge | |
| ▼ | 08:32 | 08:37 | 19241 | C/E- SHIP'S GUAGER ONBOARD FOR BARGE SOUNDINGS | |
| ▼ | 08:38 | 08:38 | 19241 | Ready for Discharge | |
| ▼ | 08:40 | 08:40 | 19241 | START DISCHARGING (IF-380 1%) | |
| ▼ | 08:50 | 08:55 | 19241 | RATE CHECK @ 200 MT PER HR- 50 PSI- OK | |
| ▼ | 09:10 | 09:10 | 19241 | FINISH DISCHARGING (IF-380 1%) | |
| ▼ | 09:11 | 09:25 | 19241 | STANDBY FOR VESSEL TO GUAGE AND SWITCH PRODUCTS | |
| ▼ | 09:26 | 09:26 | 19241 | START DISCHARGING (RMG-380) | |
| ▼ | 09:35 | 09:40 | 19241 | RATE CHECK @ 25 MT PER HR- 55 PSI- INCREASE | |
| ▼ | 09:41 | 09:46 | 19241 | RATE CHECK @ 180 MT PER HR- 55 PSI- OK | |
| ▼ | 10:15 | 10:20 | 19241 | RATE CHECK @ 180 MT PER HR- 55 PSI- OK | |
| ▼ | 10:45 | 10:50 | 19241 | RATE CHECK @ 180 MT PER HR- 55 PSI- OK | |
| ▼ | 11:15 | 11:20 | 19241 | RATE CHECK @ 180 MT PER HR- 55 PSI- OK | |
| ▼ | 11:45 | 11:50 | 19241 | RATE CHECK @ 160 MT PER HR- 55 PSI- OK | |
| ▼ | 12:20 | 12:20 | 19241 | FINISH DISCHARGING (RMG-380) | |
| ▼ | 12:22 | 12:22 | 19241 | Barge Gauged (Finish) for Discharge | |
| ▼ | 12:45 | 12:45 | 19241 | Paperwork Signed for Discharge | |
| ▼ | 12:50 | 12:50 | 19241 | Hose/Load Arm Disconnected for Discharge | |
| ▼ | 12:55 | 12:55 | 19241 | Gangway Off for Discharge | |
| ▼ | 12:55 | 12:55 | 19241 | All Secure Discharge | |
| ▼ | 13:00 | 13:00 | 19241 | Tankerman Depart from Discharge | |
| ▼ | 13:00 | 13:00 | 19241 | Depart Dock, Completed Discharge | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| Shane Bonnin | OTB Tankerman Regular | 07:30 | 13:00 | 0 |

## DEPARTURE INFO

| | | | | | |
|---|---|---|---|---|---|
| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG



✗ RELEASED ✗

 **HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_                    Customer: _Chevron_

**1st Call:**                     *Date:*                    *Time:*

**Contact Established:**          *Date:*                    *Time:*

**Location at Time of NOR:** _Pox.al_

**Date and Time of NOR:** _10/20/14 - 0600_

**Port:** _Pamm_

**Dock/Vessel:** _PB_

**Barge Official Number:** _638965_

**OTB Voyage Number:** _19241_

**Customer Voyage Number:** _____

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

✗ _Gordon Overbergh_ ✗   _[signature]_   ✗ _10/20/14_
    Print Name                    Signature                    Date

Tug Master / Barge PIC Name:

_Steve Bonnin_         _[signature]_         _10/20/14_
Print Name                Signature                Date

© Harley Marine Services, Inc.



**HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_                    Customer: _Chevron_

**1st Call:**                        *Date:*                *Time:*

**Contact Established:**             *Date:*                *Time:*

**Location at Time of NOR:** _Port ar_

**Date and Time of NOR:** _10/20/14-0715_

**Port:** _Port-Bulk_

**Dock/Vessel:** _CMB Gulia_

**Barge Official Number:** _638965_

**OTB Voyage Number:** _1924/_

**Customer Voyage Number:** _____

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

X _Rustie Arsenal_        X _Rutia An_              X _20 oct 14_
Print Name                  Signature                  Date

Tug Master / Barge PIC Name:

_Shane Bonin_              _(signature)_              _10/20/14_
Print Name                  Signature                  Date

---

© Harley Marine Services, Inc.

 **HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_          Customer: _Chevron_

**1st Call:**                    *Date:*              *Time:*

**Contact Established:**         *Date:*              *Time:*

**Location at Time of NOR:** _Pax, al._

**Date and Time of NOR:** _10/20/14 - 0230_

**Port:** _Tammy_

**Dock/Vessel:** _PTS_

**Barge Official Number:** _638965_

**OTB Voyage Number:** _19241_

**Customer Voyage Number:**

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

_Gordon Overbaugh_       _Gordon Overbaugh_       _10/20/14_
Print Name                Signature                Date

Tug Master / Barge PIC Name:

_Shane Bonnin_           _[signature]_            _10/20/14_
Print Name                Signature                Date

© Harley Marine Services, Inc.

**BILL OF LADING AND**
**REPORT OF BARGE LOADING OR DISCHARGE**
FORM NO. 10-006 (8/84)

| DELIVERED TO | RECEIVED FROM |
|---|---|
| Investigator | PHS |
| AT BAYNN | |

| | HOUR | DATE | | HOUR | DATE |
|---|---|---|---|---|---|
| ARRIVED ALONG SIDE | 0800 | 10/20/14 | STARTED | 0305 | 10/20/14 |
| FINISHED | 0508 | 10/20/14 | DEPARTED | 0515 | 10/20/14 |

BEFORE DRAFT FWD _03 06_    AFT _04 00_
AFTER DRAFT FWD _04 09_    AFT _06 09_

DATE ▶ 10/20/14   VOYAGE NO 9241

COMPANY OT&B Bxo

BARGE Investigator

NOTE:
Water Column for water hatch reading unless noted by *.

UNIT NO.

| TANK NO. | PRODUCT | BEFORE | | | | | | AFTER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OF | WATER INCHES | GROSS BBLS/GALS | NET BBLS/GALS | FEET | INCHES | OF | WATER INCHES | GROSS BBLS/GALS | NET BBLS/GALS |
| 2P | PF 380 1% | 14 | 6 1/8 | 60° 0 | | 15.48 | 703.13 | 10 | 5 | 0 gas | — | 672.82 | TOV |
| | | | | | | | | | | | = | 657.34 | GOV |
| | | | | | | | | | | | X | .9730 | T&B |
| | | | | | | | | | | | = | 639.59 | GSV |
| | | | | | | | | | | | X | .15710 | T/3 |
| | | | | | | | | | | | = | 100.47 | MT |
| 3P | PMG 380 | 14 | 6 3/4 | 68° 0 | | 15.53 | | 5 | 8 3/4 | 1385 | | 1433.72 | |
| 3S | | 14 | 6 3/4 | 0 | | 15.56 | | 4 | 5 1/2 | 0 | | 1642.25 | |
| | | | | | | 31.09 | 708 | | | | = | 3075.97 | TOV |
| | | | | | | | | | | | = | 3044.88 | GOV |
| | | | | | | | | | | | X | .9711 | T&B |
| | | | | | | | | | | | = | 2956.88 | GSV |
| | | | | | | | | | | | X | .15710 | T/3 |
| | | | | | | | | | | | = | 464.85 | MT |

**SUMMARY OF PRODUCTS**    ☐ DISCHARGED    ☒ LOADED

| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B.S. & W. | GROSS BBLS/GALS | NET @ 60°F BBLS/GALS | THE AREA BELOW IS FOR OFFICE USE ONLY. |
|---|---|---|---|---|---|---|---|
| PF 380 1% | 11.4 | 230 | 197.6 | 0.05 | 657.34 | 639.59 | |
| PMG 380 | 11.3 | 174 | 246.4 | 0 | 3044.88 | 2956.88 | |

**BILL OF LADING**

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

☒ DELIVERED    ☐ RECEIVED AS PER ABOVE READINGS
BY _____
SHIPPER'S/CONSIGNEE'S REPRESENTATIVE
CARRIER'S REPRESENTATIVE

☐ DELIVERED    ☒ RECEIVED AS PER ABOVE READINGS
BY _____
CARRIER'S REPRESENTATIVE

**BILL OF LADING AND**
**REPORT OF BARGE ~~LOADING OR DISCHARGE~~**
FORM NO.  10-005 (8/84)

| DELIVERED TO | CMB Giulia | RECEIVED FROM | Investigator |
|---|---|---|---|

| AT | Port al |

| ARRIVED ALONG SIDE | ► 0710 | DATE ► 10/20/14 | STARTED ► HOUR 0810 | DATE ► 10/20/14 |
| FINISHED | ► HOUR 0820 | DATE ► 10/20/14 | DEPARTED ► HOUR 1300 | DATE ► 10/20/14 |

BEFORE DRAFT FWD  04-09      AFT  06-09
AFTER DRAFT FWD  03-06      AFT  04-00

DATE ► 10/20/14
COMPANY  OT&B Poxo
BARGE  Investigator

VOYAGE NO.  194N

NOTE: Water Column for water hatch reading unless noted by *.

UNIT NO.

| TANK NO. | PRODUCT | BEFORE | | | | | | AFTER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OF | WATER INCHES | GROSS BBLS/GALS | NET BBLS/GALS | FEET | INCHES | OF | WATER INCHES | GROSS BBLS/GALS | NET BBLS/GALS |
| | | | | | ☑ DISCHARGE ☐ LOADING | | | | | | ☑ DISCHARGE ☐ LOADING | | |
| 2P | FF-3801% | 10 | 5/4 | 107° ∅ | | 669.46 | Tov | 14 | 6⅞ | 60° ∅ | | 15.48 | Rob |
| | | | | | | | | | | | = | 653.98 | Gov |
| | | | | | | | | | | | X | .9744 | T-6B |
| | | | | | | | | | | | = | 637.23 | Gsv |
| | | | | | | | | | | | X∅ | .15710 | T-13 |
| | | | | | | | | | | | = | 100.11 | MF |
| | | | | | | | | | | | | | |
| 3P | RMG380 | 5 | 8/4 | 135° ∅ | | 1440.44 | | 14 | 6¾ | 60° ∅ | | 15.53 | |
| 3S | ∅ | 4 | 6 | ∅ | | 1635.52 | | 14 | 6¾ | ∅ | | 15.56 | |
| | | | | | | 3075.96 | Tov | | | | — | 31.09 | Rob |
| | | | | | | | | | | | = | 3044.87 | Gov |
| | | | | | | | | | | | X | .9713 | T-6B |
| | | | | | | | | | | | = | 2957.48 | Gsv |
| | | | | | | | | | | | X | .15781 | T-13 |
| | | | | | | | | | | | = | 466.94 | MF |

| SUMMARY OF PRODUCTS | | | | | | ☑ DISCHARGED | ☐ LOADED | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B S & W | GROSS BBLS/GALS | NET @ 60°F BBLS/GALS | THE AREA BELOW IS FOR OFFICE USE ONLY. |
| FF-3801% | 11.4 | 230 | 193.6 | 0.05 | 653.98 | 637.23 | |
| RMG380 | 11.3 | 174 | 246.4 | X2 | 3044.87 | 2957.48 | |

**BILL OF LADING**

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

☐ DELIVERED   ☑ RECEIVED AS PER ABOVE READINGS
BY _____
SHIPPERS/CONSIGNEE'S REPRESENTATIVE
CARRIER'S REPRESENTATIVE

☑ DELIVERED   ☐ RECEIVED AS PER ABOVE READINGS
BY _____
CARRIER'S REPRESENTATIVE

## Noble, Rene

| | |
|---|---|
| **From:** | Verduzco, Wendy J |
| **Sent:** | Thursday, November 06, 2014 11:33 AM |
| **To:** | Verduzco, Wendy J |
| **Subject:** | FW: Bunker Confirmation|OWBUC14TS0005|Aston Trader Ii|Portland OR|Oct 22, 2014 to Oct 27, 2014 |

Best Regards,

**Wendy Verduzco,**
Marketing Advisor

**Chevron Supply & Trading**
Chevron Products Company
(a division of Chevron U.S.A. Inc.)
6001 Bollinger Canyon Road, Bldg. L-3383-B44
San Ramon, CA 94583
Tel 925 842 3795
Mobile 925 980 3141
wendyverduzco@chevron.com
bunkerswendy@yahoo.com

**From:** CST - Product USWC Fuels Marketing-Confirmations
**Sent:** Thursday, October 16, 2014 4:23 PM
**To:** HOUSTON@OWBUNKER.COM; SOX@chevron; CST - Product USWC Fuels Marketing-Confirmations
**Subject:** Bunker Confirmation|OWBUC14TS0005|Aston Trader Ii|Portland OR|Oct 22, 2014 to Oct 27, 2014

To: O.W. Bunker USA Inc.
Attn: Bunker Department (Houston)

From: Chevron Marine Products Company, LLC

Date: Oct 16, 2014

Chevron Contract Number: OWBUC14TS0005 Revision Number: 0
Trade Date: Oct 16, 2014

We accept the nomination in accordance with the following details:

| | |
|---|---|
| Seller: | Chevron Marine Products LLC |
| Specs: | In Accordance with ISO Specifications |
| Vessel: | Aston Trader Ii |
| IMO Number: | 9392731 |
| Port: | Portland OR |
| ETA: | Oct 22, 2014 to Oct 27, 2014 |
| Buyer: | O.W. Bunker USA Inc. |
| Credit Terms: | 30FDOD |

1

Product:        RMG-380Max 3.5%Sulfur
Quantity:       550 MT dlvd
Price:          $593.00/MT

Comments:
RMG380 ISO2005 max sulfur 3.5% plus environmental fee $60 and if applicable boom fee $1750.

Additional Terms:

Unless otherwise agreed to by the seller, all barging, local charges, including extra delivery charges, wharfage, local taxes or surcharges, if incurred, will be for buyers account.

Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) apply to this transaction a copy of which you have received. Any proposed variations to Chevron Marine Products LLC Terms of Sale for Marine Fuels (Effective July, 2007) must be agreed in writing by Chevron Marine Products LLC at the time the nomination is accepted. If you are in any doubt as to their effect or if you have mislaid them, kindly advise and a copy will be forwarded promptly. The terms of sale are published at www.chevronmarineproducts.com/products/fuel-terms-sale.aspx.

By fulfilling this order, seller agrees that pursuant to applicable US/EU trade embargo requirements, no product delivered under this contract shall contain any component of petroleum products with origin from Iran, Syria, Sudan, Cuba or North Korea. Buyer retains right to cancel this nomination without penalty, should it learn or determine that the product to be supplied contains petroleum products of the above countries.

Chevron Marine Products LLC is MARPOL compliant to the extent that MARPOL applies to this delivery. Thank you for concluding this business with Chevron Marine Products LLC.

Best Regards,
Chevron Marine Products LLC

2

**Noble, Rene**

| | |
|---|---|
| From: | Verduzco, Wendy J |
| Sent: | Thursday, November 06, 2014 12:16 PM |
| To: | Verduzco, Wendy J |
| Subject: | FW: ASTON TRADER II - PORTLAND(OR USA) - 22-10-2014 - Purchase Order Confirmation No. 172-13157 |
| Attachments: | Purchase Order Confirmation - 172-Q0000007938.pdf |

Best Regards,

Wendy Verduzco,
Marketing Advisor

Chevron Supply & Trading
Chevron Products Company
(a division of Chevron U.S.A. Inc.)
6001 Bollinger Canyon Road, Bldg. L-3383-B44
San Ramon, CA  94583
Tel 925 842 3795
Mobile 925 980 3141
wendyverduzco@chevron.com
bunkerswendy@yahoo.com

-----Original Message-----
From: houston@owbunker.com [mailto:houston@owbunker.com]
Sent: Thursday, October 16, 2014 1:52 PM
To: Verduzco, Wendy J
Subject: ASTON TRADER II - PORTLAND(OR USA) - 22-10-2014 - Purchase Order Confirmation No. 172-13157

Good day,

Please find enclosed your Purchase Order Confirmation as requested.

Best regards
O.W. Bunker USA Inc.

Bunker Purchaser, North America
Donald Morales
Office:  +1 281 946 2300
Direct:  +1 281 946 2375
Mobile: +1 832 795 1707
Fax:     +1 281 946 2301
Email:   domo@owbunker.com
Yahoo ID: domo_owbunker

1

# O.W. Bunker USA Inc.

**(W) Bunker**

Chevron Marine Products LLC.
6001 Bollinger Canyon Road
Bldg. L 3rd. Floor
CA - 94583 San Ramon
United States of America
Wendy Verduzco

2603 Augusta Drive
Suite 440
Texas 77057 Houston
USA
Phone: +1 281 946 2300
Fax: +1 281 946 2301
Internet: http://www.owbunker.com
EIN: 99-0373556
ING Bank N.V.
IBAN: ███████████████
IBAN: ███████████████
SWIFT: ██████
IBAN: ███████████████
SWIFT: ██████

## Purchase Order Confirmation

**Purchase Order No.**    **172-13157**

We are hereby pleased to confirm our nomination as follows:

HOUSTON   16. October 2014

| | |
|---|---|
| **Vessel** | ASTON TRADER II (IMO: 9392731) |
| **Port** | PORTLAND(OR USA) |
| **Delivery date** | Between 22. October 2014 and 27. October 2014 |
| **Account** | O.W. Bunker USA Inc. |

| Quantity | Unit | Product / Quality | Curr | Price | Unit | Delivery |
|---|---|---|---|---|---|---|
| 550,00 | MT | Fueloil 380-CST 3,5% | USD | 593,00 | MT | Barge |

**Agent**

**Payment**    WITHIN 30 DAYS FROM DATE OF DELIVERY AGAINST HARD COPY INVOICE.

**Remarks**    environmental fee $60 and if applicable boom fee $1750.

ISO 8217:2005 (E) RMG 380 3.5%

**Kind Regards**

**Donald Morales**

| | |
|---|---|
| **Direct** | +1 281 946 2375 |
| **Mobile** | +1 832 795 1707 |
| **Yahoo ID** | domo_owbunker |
| **E-Mail** | domo@owbunker.com |
| **Office E-Mail** | houston@owbunker.com |

**O.W. Bunker USA Inc.**

 **Bunker**

SELLER ENSURES:
--------------------------------
Supply and Documentation in full accordance as per Marpol 73/78 Annex VI.

To provide and retain min 2 (two) reference samples: Jointly drawn, witnessed, sealed and counter-signed by vessels representative. Samples shall be drawn closest to receiving vessels manifold, mutually agreed upon. Samples drawn ex installation or beyond buyers control are not legally binding in case of a dispute.

That the product to be supplied for use as marine bunkers to be mineral oil product derived from petroleum crude oil, no coal derived products allowed. Product must be of stable and homogenous nature, and must not contain: Contaminations, chemical waste, lubricants, abrasive materials, hydrocarbons, tar oil, inorganic acid substances, polystyrene, polypropylene, no blending components derived from coal and shale distillations processes, nor any non fuel components, or substances detrimental to the vessel and/or her engine equipment and/or her crew.

That the proper MSDS documentation is available on request and under all circumstances will be handed over by barge to receiving vessel.

Please forward invoice and delivery receipts duly signed and stamped by relevant vessels master/chief engineer right after completion of bunkering. Our accounting needs about 15 days to process payments. For any delayed payments due to late receipt of documents we will reject any responsibility.

THUS: We may not warrant payment in due time unless we received the respective invoice/documents at least 15 days prior to due date.

Should you have any problems, discrepancies or questions in regard to this delivery, or should you foresee any problems in the supply or any delays, we kindly ask you to keep us fully informed, enabling us to inform clients for the sake of good order. We are contactable 24 hours a day on above mobile numbers.

**Chevron**

**Bunker Delivery Note**

| | |
|---|---|
| Port/Delivery Location | 10y a l |
| Bunkers Delivered to M/V or S/S | ASTON TRADER II |
| Vessel Flag | PHILIPPINES |
| IMO Number of Receiving Vessel | 9 3 8 2 7 3 1 |
| Next Port of Call | Mexico |
| Owner/Operator or Account of | O.W. BUNKER USA INC WILHELMSEN |
| Ship's Agent | |
| Voyage Destination | |
| Loading Terminal | PTSI - PORTLAND, OR - USA |
| Contracting Company | |

| Product Analysis | RMG 380 | Nomination Ref. Number |
|---|---|---|
| Density @ 15°C / API @60°F | 0.9903 | |
| Viscosity cSt - 50°C | 223 | 14532585 OWBUC14TS000 |
| Sulfur % (m/m) | 2.21 | Date of Commencement of Delivery |
| Water % (v/v) | 0.00 | 10/31/14 |
| Flashpoint PM °F | 176° | |

Delivery Method: ☐ Shore Tank  ☒ Barge  ☐ Tank Truck    OTB

| Product | Barge Name | Alongside Vessel Hour | Date | Connection Made Hour | Date | Started Discharging Hour | Date | Finished Discharging Hour | Date | Hoses Off Hour | Date | Departed Hour | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RMG380 | Brusfuyater | 0730 | 10-31 | 0815 | 10-31 | 0840 | 10-31 | 1110 | 10-31 | 1125 | 10-31 | 1130 | 10-31 |

| Shore Tank or Barge Tank | Product Name | Opening MT/FT CM/IN | Quantity | Temp °C/°F | Closing MT/FT CM/IN | Quantity | Temp °C/°F | Gross Barrels / Liters |
|---|---|---|---|---|---|---|---|---|
| 3P | RMG380 | 4'5" | 1645.42 | 130° | 14'6½" | 15.53 | 90° | |
| 3S | | 8'4½" | 1009.16 | | 14'8¼" | 15.56 | | 3599.11 |
| 4S | | 8'6" | 944.9 | | 14'7" | 15.57 | | |

| Product Description | Gross Quantity (Units) | Temp °C/°F | Temperature Correction Factor | Billing Quantities Barrels / Liters Net @15°C / 60°F | Vol. to Weight Conversion Factor | Metric Tons Net |
|---|---|---|---|---|---|---|
| Fuel Oil RMG 380 cSt | 3599.11 | 130° | .9732 | 3502.65 | .1577 | 550.65 |
| Fuel Oil .......... cSt | | | | | | |
| Marine Diesel | | | | | | |
| Gas Oil | | | | | | |

Samples were taken, sealed and distributed as follows:

Vessel Sample #'s  1155188-S

Supplier Sample #'s  1155168-B, 1155159-B

Surveyor Sample #'s (if required)

Marpol Sample #'s  1155167SM

Others (if required)

I confirm that the above product was delivered, appropriate samples have been received and that the quantity supplied was witnessed as correct.

Signature: _____ (Master/Chief Engineer)

Print Name: DAN V BABIERA (Block Letters)

Vessel Stamp:

**M/V " ASTON TRADER II "**

The fuel oil supplied is in conformity with regulations 14 (1) or (4) (a) and regulation 18 (1) of annex VI to MARPOL 73/78

Name, Address and Telephone of Supplier:

Signature of Supplier's Representative:

Print Name (Block Letters): Stanly Brown

Supplier's gauges and sampling witnessed by customer's representative:
Yes / (Declined)

Was a note of protest issued?   Yes / (No)

Remarks:  MSDS DELIVERED TO VESSEL

White copy: Original; Blue copy: Ship's; Green copy: Comptroller; Canary copy: Ops center; Pink copy: Terminal; Gold copy: Barge

R-264 (7-10)

# BARGE LOG

| | |
|---|---|
| **Company:** | OTB - Portland |
| **Primary Tankerman:** | Robert Higa |
| **Log Date:** | October 31st, 2014 |
| **Location:** | |

| | |
|---|---|
| **Tug:** | Lissy II |
| **Barge:** | Investigator |
| **Job #:** | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 02:00 | 02:15 | 19248 | AS............Barge.....................AF | |
| ▼ | 03:15 | 03:15 | | Tankerman on board | |
| ▼ | 03:20 | 03:40 | | Test high level alarms,high level sticks, gauge barge, security check | |
| ▼ | 03:57 | 03:57 | | Boom on | |
| ▼ | 04:15 | 04:15 | | Hose on | |
| ▼ | 04:20 | 04:27 | | Signed DOI,NOR,Held conf,Radio CH#1 | |
| ▼ | 04:32 | 04:32 | | Start load RMG 380 | |
| ▼ | 04:45 | 04:50 | | Rate check from dock 360 M/T Per hour | |
| ▼ | 05:15 | 05:20 | | Rate check from dock 360 M/T Per hour | |
| ▼ | 05:40 | 05:45 | | Rate check from dock 360 M/T Per hour | |
| ▼ | 06:05 | 06:05 | | Finish load RMG 380 | |
| ▼ | 06:10 | 06:10 | | Hpse off | |
| ▼ | 06:12 | 06:20 | | Secure barge | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| | | | | |

## DEPARTURE INFO

| | | | | | |
|---|---|---|---|---|---|
| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG

# BARGE LOG

| | |
|---|---|
| Company: | OTB - Portland |
| Primary Tankerman: | Shane Bonnin |
| Log Date: | October 31st, 2014 |
| Location: | |

| | |
|---|---|
| Tug: | Lissy II |
| Barge: | Investigator |
| Job #: | |

## EVENT LOG

| | Start Time | Stop Time | Job # | Remark | Coding |
|---|---|---|---|---|---|
| ▼ | 07:30 | 07:30 | 19248 | Arrive at Discharge Port | |
| ▼ | 07:30 | 07:30 | 19248 | NOR Tendered for Discharge | |
| ▼ | 07:57 | 07:57 | 19248 | All Fast at Discharge | |
| ▼ | 08:00 | 08:00 | 19248 | Gangway On for Discharge | |
| ▼ | 08:15 | 08:15 | 19248 | Hose/Load Arm Connected for Discharge | |
| ▼ | 08:35 | 08:35 | 19248 | DOI / Pre-Transfer Meeting for Discharge | |
| ▼ | 08:35 | 08:35 | 19248 | C/E- DECLINED BARGE SOUNDINGS | |
| ▼ | 08:39 | 08:39 | 19248 | Ready for Discharge | |
| ▼ | 08:40 | 08:40 | 19248 | Start Discharge | |
| ▼ | 09:00 | 09:05 | 19248 | RATE CHECK @ 275 MT PER HR- 55 PSI- OK | |
| ▼ | 09:30 | 09:35 | 19248 | RATE CHECK @ 275 MT PER HR- 55 PSI- OK | |
| ▼ | 10:00 | 10:05 | 19248 | RATE CHECK @ 275 MT PER HR- 55 PSI- OK | |
| ▼ | 10:30 | 10:35 | 19248 | RATE CHECK @ 275 MT PER HR- 55 PSI- OK | |
| ▼ | 11:10 | 11:10 | 19248 | Finish Discharge | |
| ▼ | 11:12 | 11:12 | 19248 | Barge Gauged (Finish) for Discharge | |
| ▼ | 11:20 | 11:20 | 19248 | Paperwork Signed for Discharge | |
| ▼ | 11:25 | 11:25 | 19248 | Hose/Load Arm Disconnected for Discharge | |
| ▼ | 11:26 | 11:26 | 19248 | Gangway Off for Discharge | |
| ▼ | 11:27 | 11:27 | 19248 | All Secure Discharge | |
| ▼ | 11:30 | 11:30 | 19248 | Tankerman Depart from Discharge | |
| ▼ | 11:30 | 11:30 | 19248 | Depart Dock, Completed Discharge | |

## PRODUCT INFO

| Product | Gross | Net | Start | Stop | Start | Stop | Start | Finish | Hose | Pump | RPM | PSI | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## CREW

| Name | Position | Start Time | Stop Time | Hours |
|---|---|---|---|---|
| Shane Bonnin | OTB Tankerman Regular | 07:30 | 11:30 | 0 |

## DEPARTURE INFO

| Cargo Hose off @: | 00:00 | Secure @: | 00:00 | Sailed @: | 00:00 |
|---|---|---|---|---|---|
| Draft Fwd.: | | Draft Aft.: | | Tkmn Depart @: | 00:00 |

## FUEL TRANSFERS & PURCHASES

| Type | Fuel/Lube | Vessel From | Vessel To | Gallons | PO # |
|---|---|---|---|---|---|
| | | | | | |

SIGNATURE OF PERSON RESPONSIBLE FOR LOG



**HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_      Customer: _Chevron_

1st Call:              *Date:*               *Time:*

Contact Established:      *Date:*               *Time:*

Location at Time of NOR: _Royal_

Date and Time of NOR: _10/31/14 - 0730_

Port: _Rep Bulk - T/S_

Dock/Vessel: _Aston Trader II_

Barge Official Number: _638965_

OTB Voyage Number: _19248_

Customer Voyage Number:

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

_DAN V. BABIERA_      _[signature] Babiera_      _31 OCT 2014_
Print Name                     Signature                        Date

Tug Master / Barge PIC Name:

_Dave Baum_      _[signature]_      _10/31/14_
Print Name                     Signature                        Date

© Harley Marine Services, Inc.



*Release*

**HARLEY MARINE SERVICES**

# NOTICE OF READINESS

Barge: _Investigator_     Customer: _Chevron_

1st Call:     *Date:*     *Time:*

Contact Established:     *Date:*     *Time:*

Location at Time of NOR: _Portland, OR_

Date and Time of NOR: _31 Oct 2014   0630_

Port: _PDX, OR_

Dock/Vessel: _Farwh_

Barge Official Number: _638965_

OTB Voyage Number: _19248_

Customer Voyage Number:

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

_Wally Weiss_     _Wally Weiss_     _10/31/14_
Print Name        Signature        Date

Tug Master / Barge PIC Name:

_R. Higa_     _R._     _31 Oct 2014_
Print Name        Signature        Date

© Harley Marine Services, Inc.



*Arrive*

## HARLEY MARINE SERVICES

# NOTICE OF READINESS

Barge: _Investigator_                 Customer: _Chevron_

1st Call:                    *Date:*              *Time:*

Contact Established:         *Date:*              *Time:*

Location at Time of NOR:     _Portland, OR_

Date and Time of NOR:        _31 oct 2014    0330_

Port:                        _PDX, OR_

Dock/Vessel:                 _Farm_

Barge Official Number:       _638965_

OTB Voyage Number:           _19248_

Customer Voyage Number:

To whom it may concern,
Please be hereby officially notified that the above specified barge arrived at the specified time, date, and port and said vessel is hereby tendered to you as being ready to commence operations.
Please acknowledge receipt by signing a copy of this letter,

Received and Accepted by Terminal or Vessel Representative:

_Wally Weiss_                _Wally Weiss_              _10/31/14_
Print Name                   Signature                  Date

Tug Master / Barge PIC Name:

_R. Higa_                    _R._                       _31 oct 2014_
Print Name                   Signature                  Date

© Harley Marine Services, Inc.

**BILL OF LADING AND**
**REPORT OF BARGE** ~~LOADING~~ OR **DISCHARGE**
FORM NO.  10-905 (8/84)

| DELIVERED BY | Aston Trader II | RECEIVED FROM | Investigator | | DATE ▶ | | | VOYAGE NO. 19243 |
|---|---|---|---|---|---|---|---|---|
| BY | 0x40L | | | | | COMPANY | | |
| ARRIVED ALONG SIDE ▶ | HOUR 1130 | DATE 10|31|14 | STARTED ▶ HOUR 0840 | DATE 10|31|14 | | Olympic Tug & Barge | | NOTE: Water Column for water hatch reading unless noted by *. |
| FINISHED ▶ | HOUR 1110 | DATE 10|31|14 | DEPARTED ▶ HOUR 1130 | DATE 10|31|14 | B A R G E | Investigator | | |
| BEFORE DRAFT FWD | 05-06 | | AFT | 06-06 | | | | |
| AFTER DRAFT FWD | 03-06 | | AFT | 04-00 | | | UNIT NO. | |

| TANK NO. | PRODUCT | BEFORE ☒ DISCHARGE ☐ LOADING | | | | | | AFTER ☒ DISCHARGE ☐ LOADING | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OR | WATER INCHES | GROSS ☒ BBLS ☐ GALS | NET ☐ BBLS ☐ GALS | FEET | INCHES | OR | WATER INCHES | GROSS ☒ BBLS ☐ GALS | NET ☐ BBLS ☐ GALS |
| 3P | RMG 380 | 4 | 5 | 120" | | 1645.42 | | 14 | 6 3/4 | 68" | | 15.53 | |
| 23 | | 8 | 4 1/2 | 8" | | 1009.16 | | 14 | 6 3/4 | | | 15.56 | |
| 4S | | 8 | 6 | | | 991.19 | | 14 | 7 | | | 15.57 | |
| | | | | | | 3645.77 | TOV | | | | | 46.66 | ROB |
| | | | | | | | | | | | | = 3599.11 | gross |
| | | | | | | | | | | | | x .9732 | TGC |
| | | | | | | | | | | | | = 3502.65 | NET |
| | | | | | | | | | | | | x .1571 | T13 |
| | | | | | | | | | | | | = 550.65 | m/T |

| | SUMMARY OF PRODUCTS ☒ DISCHARGED ☐ LOADED | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B.S. & W. | GROSS ☒ BBLS ☐ GALS | NET @ 60°F ☒ BBLS ☐ GALS | THE AREA BELOW IS FOR OFFICE USE ONLY. | |
| RMG 380 | 11.3 | 176° | 223 | 0.00 | 3599.11 | 3502.65 | | |
| | | | | | | | | |
| | | | | | | | | |

**BILL OF LADING**

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

☐ DELIVERED   ☒ RECEIVED AS PER ABOVE READINGS
BY _____
SHIPPER'S/CONSIGNEE'S REPRESENTATIVE
CARRIER'S REPRESENTATIVE

☒ DELIVERED   ☐ RECEIVED AS PER ABOVE READINGS
BY _____
CARRIER'S REPRESENTATIVE

BILL OF LADING AND
REPORT OF BARGE LOADING OR ~~DISCHARGE~~

FORM NO.  10-005 (8/04)

| DELIVERED TO | | RECEIVED FROM | |
|---|---|---|---|
| Investigator | | PTS | |

AT  POR.OR

DATE ▶ 31 Oct 2014    VOYAGE NO. 19248

| ARRIVED ALONG SIDE | ▶ HOUR 0200 | DATE 10\|31\|14 | STARTED ▶ HOUR 0432 | DATE 10\|31\|14 |
|---|---|---|---|---|
| FINISHED | ▶ HOUR 0605 | DATE 10\|31\|14 | DEPARTED ▶ HOUR | DATE 10\|31\|14 |

COMPANY  Olympic Tug & Barge

BARGE  Investigator

UNIT NO.

NOTE:
Water Column
for water hatch
reading unless
noted by *.

| BEFORE DRAFT FWD. | 3-06 | AFT | 4-00 |
|---|---|---|---|
| AFTER DRAFT FWD. | 5-06 | AFT | 6-06 |

| TANK NO. | PRODUCT | BEFORE ☐ DISCHARGE ☒ LOADING | | | | | | AFTER ☐ DISCHARGE ☒ LOADING | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEET | INCHES | OF | WATER INCHES | GROSS ☒BBLS ☐GALS | NET ☐BBLS ☐GALS | FEET | INCHES | OF | WATER INCHES | GROSS ☒BBLS ☐GALS | NET ☐BBLS ☐GALS |
| 3P | RM6380 | 14 | 6¾ | 60° | | 15.53 | | 4 | 4½ | 88.5° | | 1652.14 | |
| 33 | | 14 | 6¼ | | | 15.56 | | 8 | 4¼ | | | 1005.80 | |
| 45 | | 14 | 7 | | | 15.57 | | 8 | 8¼ | | | 994.55 | |
| | | | | | | 46.66 | RGB | | | | | 3652.49 | Tov |
| | | | | | | | | | | | — | 46.66 | RGB |
| | | | | | | | | | | | ≈ | 3605.83 | gross |
| | | | | | | | | | | | x | .9911 | T&B |
| | | | | | | | | | | | = | 3501.62 | NET |
| | | | | | | | | | | | x | .15721 | T13 |
| | | | | | | | | | | | = | 550.48 | m/T |

### SUMMARY OF PRODUCTS    ☐ DISCHARGED    ☒ LOADED

| PRODUCT | A.P.I. GRAVITY | FLASH | VISCOSITY | B.S. & W. | GROSS ☒BBLS ☐GALS | NET @ 60°F ☒BBLS ☐GALS | THE AREA BELOW IS FOR OFFICE USE ONLY. |
|---|---|---|---|---|---|---|---|
| RM6.280 | 11.3 | 176° | 223 | 0.00 | 3605.83 | 3501.62 | |

### BILL OF LADING

RECEIVED from the shipper named above, the cargo described above, in apparent good order and condition, unless otherwise indicated in this bill of lading, to be transported subject to all the terms of this bill of lading and applicable tariffs, with liberty to proceed via any port or ports within the scope of the voyage described herein, to the port of discharge, or so near thereunto as the vessel can safely get and leave, always afloat at all stages and conditions of water and weather.

It is agreed that the custody and carriage of the cargo are subject to the following terms on the face and back hereof which shall govern the relations, whatsoever they may be, between the shipper, consignee, and the carrier, master and vessel in every contingency wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the vessel at the time of loading or inception of the voyage or subsequently, and none of the terms of this bill of lading shall be deemed to have been waived by the carrier unless by express waiver signed by a duly authorized agent of the carrier.

| ☐ DELIVERED | ☐ RECEIVED AS PER ABOVE READINGS | ☐ DELIVERED | ☒ RECEIVED AS PER ABOVE READINGS |
|---|---|---|---|
| BY | | BY | |
| SHIPPER'S/CONSIGNEE'S REPRESENTATIVE | | CARRIER'S REPRESENTATIVE | |
| CARRIER'S REPRESENTATIVE | | | |

 **Marine Lubricants**

Marine Lubricants Home > Products > Fuels > Terms of Sale

# Terms of Sale

Terms of Sale for Marine Fuels, July 2007

1. Prices
2. Parties Obligated
3. Quality and Warranty
4. Nominations and Deliveries
5. Title/Risk of Loss
6. Inspection and Determination of Quantity and Quality
7. Claims
8. Payment
9. Safety and Environmental Protection
10. Indemnity
11. Force Majeure
12. Miscellaneous
13. Governing Law
14. Dispute Resolution

Except as otherwise specifically agreed to in writing in the agreement ("Part 1") incorporating these Terms of Sale for Marine Fuels (the "Terms of Sale"), the following terms and conditions shall apply to all sales by Chevron Marine Products LLC ("Seller") or its Affiliates of bunker fuel oil, intermediate bunker fuels, marine diesel oil, and marine gas oil (collectively hereinafter "Marine Fuels"). Part 1 and these Terms of Sale (collectively, the "Contract") contain all agreements, arrangements and stipulations between the parties in respect of the supply of Marine Fuels contemplated herein and supersede all prior agreements, arrangements and stipulations in respect of the same subject. Except where otherwise expressly stated in these Terms of Sale, in the case of any conflict between the documents comprising the Contract, Part 1 shall be given priority over the Terms of Sale as used in the Contract, "Affiliates" means any legal entity which controls, is controlled by, or is under common control with, another legal entity, and "control" means legal or beneficial ownership of fifty percent (50%) or more of the shares in a legal entity entitled to appoint directors or the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such entity.

## 1. Prices

(a) The price for Marine Fuels shall be Seller's spot or term price offered in Part 1 for a specific delivery or series of deliveries. Spot prices offered shall be valid for deliveries made on, before or within three (3) calendar days following the Accepted Delivery Date, as defined in Clause 4(a). The four (4) calendar day period comprising the Accepted Delivery Date and the three (3) calendar days thereafter are referred to herein as the "Pricing Date Range." Spot prices for delivery after the Pricing Date Range are subject to change at Seller's sole option.

(b) Buyer shall pay any taxes, fees or other charges, imposed by any national (or political subdivision thereof) taxing authority on the delivery, sale, inspection, storage and use of Marine Fuels, except for taxes on Seller's income and taxes on raw material or Seller's income taxes on the finished product. To the extent Seller incurs any of Buyer's taxes listed in the Contract, Seller's invoice will include such taxes as payable by the Buyer.

(c) If Buyer is entitled to purchase any Marine Fuels free of any taxes, duties or charges pursuant to local law, Buyer shall promptly, but in any event not later than five (5) business days following completion of delivery, provide to Seller a valid exemption certificate for such purchase. Buyer and Seller agree that invoices shall conform to local laws of the country in which the sale is completed.

(d) Any foreign or domestic tax, duty, toll, fee, license, impost, charge or other exaction of any charges whatsoever, including VAT, excise taxes and any similar taxes, or the amount equivalent thereto and any increase thereof, now or hereafter (i) imposed, levied or assessed (but exclusive of taxes based on the Seller's income) by any national (or political subdivision thereof) taxing authority directly or indirectly upon, (1) the Marine Fuels and/or, (2) the production, manufacture, transportation, storage, sale, use, transfer, delivery and/or other handling of the Marine Fuels and/or, (3) the production, manufacture, transportation, storage, purchase, sale, use, transfer, exportation, importation and/or other handling of any material contained in the Marine Fuels, or any wholly or partly refined or manufactured part thereof, and/or, otherwise (ii) measured by, incident to or as a result of the transaction herein provided for, shall, if collectible or payable by Seller, be paid by Buyer on demand by Seller. Any such payment not included in the Marine Fuels prices otherwise herein provided for, shall be in addition thereto.

Back to Top

## 2. Parties Obligated

(a) Should Marine Fuels be ordered by an agent, then such agent, as well as the principal, shall be bound by, and liable for, all obligations as fully and as completely as if the agent were itself the principal, whether such principal is disclosed or undisclosed, and whether or not such agent purports to contract as agent only. Notwithstanding anything to the contrary in this Contract, Principal and agent shall each be deemed to be a Buyer for purposes of this agreement.

(b) Marine Fuels delivered hereunder are sold and delivered on the financial credit of the vessel being supplied (the "Vessel"), as well as on the promise of the Buyer to pay therefor. Buyer warrants that Seller shall have the right to assert a lien against the Vessel covering the Marine Fuels delivered for the purchase price, any extra charges incurred in accordance herewith, any taxes billed on the delivery of

Marine Fuels or otherwise, and all associated recovery costs. Such remedy shall be in addition to, and not in limitation of, any other remedies available to it at law or herein.

Back to Top

### 3. Quality and Warranty
(a) Marine Fuels shall be Seller's commercial grades of Marine Fuels generally offered to Seller's Marine Fuels customers at the time and place of delivery. EXCEPT FOR THIS SECTION 3(A), THE MARINE FUEL IS SOLD "AS IS", AND SELLER OTHERWISE MAKES NO WARRANTIES OF QUALITY, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND ANY IMPLIED WARRANTIES OR CONDITIONS WHETHER STATUTORY OR OTHERWISE ARE EXPRESSLY EXCLUDED.

(b) Buyer shall have the sole responsibility for the selection of suitable Marine Fuels for use in the Vessel, and warrants that the Vessel(s) nominated by Buyer to receive Marine Fuels is/are in compliance with all local, national and international regulations and requirements, as applicable.

Back to Top

### 4. Nominations and Deliveries
(a) Nomination. Buyer shall nominate a Vessel in writing at least five (5) Business days (defined as days on which banks are normally open for business at the delivery port or other location where sales hereunder are made) in advance of the Estimated Time of Arrival (the "ETA") proposed by Buyer, specifying delivery port, ETA and grades, specifications and quantities of Marine Fuels required. If such nomination is accepted and confirmed in writing by Seller, the ETA proposed by Buyer (or otherwise agreed between Buyer and Seller) shall become the "Accepted Delivery Date". Unless advised in writing by Buyer and confirmed in writing by Seller, amendments to the Accepted Delivery Date will not be recognized. Seller may cancel any nomination without liability and without prejudice to any rights Seller may have against Buyer if the Vessel does not arrive at delivery port and present itself for delivery on the Accepted Delivery Date. Except where contrary to local governmental or port regulations, all deliveries to Seller's customers will be made on a first come first served basis.

(b) Confirmation. Buyer shall give Seller at least forty-eight (48) hours advance written notice, excluding Sundays and non-Business days confirming type and quantities of Marine Fuels and other delivery details If such delivery date is not within the Pricing Date Range, then any exception and acceptance must be in writing by Seller. When forty-eight (48) hours advance notice is not given or when the delivery date is not within the Pricing Date Range and the proposed new delivery date is not accepted by Seller in writing, then Seller may deliver or not, in its sole discretion

(c) When delivery is required other than during normal business hours, and is permitted by applicable regulations, Buyer shall be fully responsible for and pay all overtime and extra expenses incurred by Seller.

(d) When delivery is made by barge, truck or coastal tanker (hereinafter collectively "Seller's delivery vessel"), all delivery charges, including overtime and associated charges, shall be for the account of

Buyer. For delay caused by Buyer in the use of Seller's delivery vessel, Buyer shall pay any demurrage or detention charges at such rate as may be invoiced by Seller.

(e) Buyer shall notify Seller, in writing, prior to delivery, of the maximum allowable pumping rate and pressure for the Vessel and Buyer and Seller shall agree on communication and emergency shutdown procedures.

(f) Buyer shall notify Seller, in writing, prior to delivery of any special conditions, difficulties, peculiarities, deficiencies or defects in respect of or particular to the Vessel that might adversely affect the delivery of Marine Fuels. Buyer shall be responsible for any increased costs incurred by Seller in connection therewith. If in the opinion of Seller, such special conditions, difficulties, peculiarities, deficiencies or defects call into question Seller's ability to make a safe delivery, Seller may cancel the nomination without liability.

(g) When delivery is made by Seller's delivery vessel, the Vessel shall provide a free and safe berth alongside to receive the Marine Fuels and to render all necessary assistance that may reasonably be required to safely moor and unmoor the Seller's delivery vessel or to connect or disconnect the delivery hose(s).

(h) If Buyer cancels, terminates or otherwise fails to take delivery, in whole or in part, of the quantities nominated, Buyer shall be responsible for any costs resulting from such failure, including without limitation, lost profits and any costs and expenses incurred by Seller to downgrade the Marine Fuels.

(i) Seller shall exercise reasonable efforts to adjust to changes in Buyer's schedule. However, Seller or Seller's supplier shall not be liable for demurrage paid or incurred by Buyer due to any delay in delivery of Marine Fuels when:

1) The delivery date was not within the Pricing Date Range or was not otherwise accepted by Seller as outlined in Sections 4(a) and 4(b).

2) Forty-eight (48) hours notice, as defined in Section 4(b), was not given.

3) Seller's delivery vessel arrived in a timely fashion and performed according to accepted practice.

4) Conditions as set forth in Section 11 below existed.

5) Seller was ready and able to perform, or

6) Conditions onboard Vessel resulted in failure to receive Marine Fuels.

Back to Top

## 5. Title
a) Delivery shall be deemed completed and title to and risk of loss of Marine Fuels shall pass to Buyer at the permanent intake connection between Seller's loading hose and the Vessel.

(b) If delivery is made to barge, truck or coastal tanker nominated by Buyer (hereinafter "Buyer's delivery vessel"), delivery shall be deemed completed and title to and risk of loss of the Marine Fuels shall pass to Buyer at the last flange of Seller's or Seller's supplier's loading hose at the loading terminal .

(c) Buyer shall be responsible for connection of the loading hose to the intake of the Vessel or Buyer's delivery vessel and pumping shall be performed under the direction of Buyer's representative.

<u>Back to Top</u>

**6. Inspection and Determination of Quantity and Quality**
(a) The quantity of Marine Fuels delivered shall be determined, at Seller's option, by measurements in accordance with either (i) the ASTM Petroleum Measurement Table for Seller's shore tanks or Seller's delivery vessel or (ii) Seller's meters. Buyer will be charged for Marine Fuels on the basis of these measurements. Buyer at its own expense has the right (and is encouraged) to have its representative or an independent inspector present during measurement, but determination of quantity shall be made solely by Seller. All such measurements noted above shall be final and binding save for manifest error.

(b) Sampling by Seller or Seller's supplier shall be accomplished throughout the Marine Fuels delivery process. Seller or Seller's supplier shall take four (4) representative samples of each grade of Marine Fuels to be delivered. Buyer shall have the right (and is encouraged) to have its representative witness the drawing of the samples. The aforementioned samples shall be securely sealed and labeled, numbered and identified by name of the Vessel, delivering facility, Marine Fuel type, delivery date and place of delivery. One (1) sample shall be given to Buyer's representative for MARPOL compliance purposes only; the second sample shall be given to Buyer's representative for quality determination purposes; and the other two (2) samples shall be retained by Seller or Seller's supplier for at least thirty (30) days following the date of delivery in a safe place for subsequent verification of the quality thereof, if required. If Buyer issues a claim regarding the quality of the Marine Fuel within thirty (30) days after the date of delivery in accordance with Section 7(b) below, one (1) of the two (2) remaining samples of Seller together with any other Seller's and Seller's supplier's representative samples shall be submitted for analysis to a mutually agreed independent laboratory. The independent laboratory's analysis shall be conclusive as to the quality of the Marine Fuel delivered. The analysis shall be established by tests in accordance with ISO 8217 and/or any other specifications agreed to between Buyer and Seller in writing. Unless otherwise agreed, the expenses of the analysis by the independent laboratory shall be borne equally by Seller and Buyer. Any cost associated with the Buyer appointing a representative to witness the sample seal-breaking and/or analysis at the independent laboratory shall be the sole responsibility of Buyer.

<u>Back to Top</u>

**7. Claims**
(a) Any dispute as to the quantity of the Marine Fuels delivered must be noted at the time of delivery on the bunker delivery receipt or in a letter of protest. Any claim as to short delivery shall be presented by Buyer in writing within fifteen (15) calendar days after the date of delivery, failing which any such claim shall be deemed to be waived and forever barred.

(b) Any claim as to the quality of the Marine Fuels delivered must be submitted by Buyer to Seller in writing within thirty (30) days after the date of delivery, failing which, such claim shall be deemed waived and forever barred. Buyer shall base its quality claim solely on an analysis of the retained sample provided by Seller at the time of the delivery as provided for in Section 6(b) above. Buyer shall promptly furnish Seller the results of testing of the retained sample to enable Seller to properly evaluate the claim.

(c) Despite the provisions of Section 3(a), Buyer shall take all reasonable measures, including retention and burning of Marine Fuels in accordance with Seller's instructions, to eliminate or minimize any costs associated with an off-specification or suspected off-specification supply. Seller's obligation shall not exceed direct expenses incurred for removal and replacement of Marine Fuels. If Buyer removes such Marine Fuels without the consent of Seller, then all such removal and related costs shall be for Buyer's account. Notwithstanding anything in this Contract to the contrary, (i) Seller's obligations or liabilities hereunder shall not include any consequential or indirect damages, including without limitation, deviation costs, demurrage, damage to any Vessels or Buyer's delivery vessels or to their engines or tanks, and any actual or prospective loss of profits, and (ii) other than this Section 3(c) and in the event of personal injury or death, Seller's maximum liability under this Contract shall not exceed the price charged to the Buyer for the Marine Fuels supplied under this Contract. It is a condition precedent to any obligation for payment by the Seller that all sums due to it from the Buyer shall have first been paid.

(d) Seller shall not be responsible for any claim arising in circumstances where there is or has been commingling of Marine Fuels delivered by Seller with other fuel aboard the Vessel or Buyer's delivery vessel.

(e) Any claim involving demurrage incurred by the Buyer's receiving vessel must be submitted by Buyer to Seller in writing within 30 days of the date of delivery. If Buyer fails to submit a demurrage claim within (30) days after the date of delivery, any such claim shall be deemed to be waived and absolutely barred.

(f) Seller shall respond promptly to any complaint or claim by Buyer and the parties shall further endeavor to resolve the matter one way or the other within forty-five (45) days of receipt of claim. Where Buyer and Seller cannot come to agreement on such claim within ninety (90) days, either party may invoke the dispute resolution procedures in accordance with the provisions of Section 14 below. However, nothing in this Section 7 shall relieve the Buyer of its obligation to make payments in full when due as provided herein.

Back to Top

**8. Payment**
(a) Payment shall be made by Buyer, in U.S. dollars, without discount, offset or deduction prior to the time specified in Section 8(b) and in accordance with Seller's written, telegraphic or other notification of invoice specifying quantities of Marine Fuels delivered and amounts due. Seller may make subsequent adjustments to invoiced amounts based upon information contained in the relevant bunker delivery receipt. Buyer's failure to make payment in full of the amount noted by Seller shall be a breach of Buyer's obligations hereunder; moreover, any claims related to the delivery of Marine Fuels shall not relieve

Buyer from paying Seller in full. Payment made by telegraphic transfer or by bank draft shall be forwarded to the address noted in Part 1 of the Contract.

(b) Payment shall be considered past due if not received by Seller within thirty (30) days after the date delivery of Marine Fuels commences. Overdue payments shall be subject, at Seller's sole discretion, to a service charge at the rate of two percent (2%) per thirty (30) day period or the maximum rate permitted under applicable law, whichever is less. If at any time Seller considers Buyer's financial condition inadequate to meet Buyer's obligation hereunder, cash payment in advance or security acceptable to Seller may be required before delivery and Seller may declare any amount then outstanding from Buyer to be immediately due and payable.

(c) The Buyer shall periodically provide to Seller that financial information or security deemed necessary by Seller to support any credit extension. If during the life of this Contract, the financial capacity of Buyer becomes impaired or unsatisfactory to Seller in the sole judgment of Seller, advance cash payment or security satisfactory to Seller shall be given by Buyer on demand by Seller and shipments/deliveries may be withheld until such payment or security is received.

Back to Top

**9. Safety and Environmental Protection**
(a) Buyer is familiar with the health effects related to the Marine Fuels supplied hereunder and with relevant protective safety and health procedures for the handling and use of such Marine Fuels. Buyer shall adhere to such safety and health procedures while using or handling Seller's Marine Fuels. Buyer shall also facilitate the dissemination of health and safety information to all employees, users, and others potentially exposed to the Marine Fuels sold hereunder. Buyer shall be responsible for compliance by its employees, agents, and other users with all health and safety requirements or recommendations related to the Marine Fuels supplied hereunder and shall exert its best efforts to assure that any of its employees or agents, users, and others avoid frequent or prolonged contact with or exposure to the Marine Fuels both during and subsequent to delivery. Seller or Seller's supplier accepts no responsibility for any consequence arising from failure by Buyer, its employees or agents, any users, or any other party to comply with relevant health and safety requirements or recommendations relating to such contact or exposure.

(b) If a spill occurs while Marine Fuels are being delivered, Buyer and Seller shall promptly take such action as is reasonably necessary to remove the spilled Marine Fuels and mitigate the effects of such spills. Seller is hereby authorized, at its option and at the expense of Buyer, to take such measures and incur such expenses (whether by employing its own resources or contracting with others) as are reasonably necessary in the judgment of Seller to remove the spilled Marine Fuels and mitigate the effects of such spills. Buyer shall cooperate and render such assistance as is required by Seller in the course of such action. All expense, claims, loss, damage, liability and penalties arising from spills shall be borne by the party that caused the spill. If both parties are at fault, all expense, claims, loss, damage, liability and penalties shall be divided between the parties in accordance with the respective degrees of fault.

(c) In the event of a spill during fueling, Buyer shall provide Seller with such documents and information concerning the spill and any programs for the prevention of spills as may be required by Seller or by law or regulations applicable in the port where the spill occurred.

(d) Buyer warrants that the Marine Fuels purchased hereunder shall be used for the operation of the nominated Vessel and that Vessel only.

(e) Buyer warrants that the Vessel is in compliance with all applicable national and international laws and regulations. The Vessel is subject to Seller's acceptance and will not be supplied Marine Fuels unless free of all conditions, difficulties, peculiarities, deficiencies or defects that might impose hazards in connection with its mooring, unmooring or bunkering.

(f) Buyer shall comply with all applicable laws and regulations in carrying out its obligations under this Contract, including the ISPS Code and to the extent applicable, MARPOL 73/78 Annex VI. Seller and its duly authorized representatives shall have access to the accounting records and other documents maintained by the other party which relate to the Marine Fuels being delivered under this Contract, and shall have the right to audit such records once a year at any reasonable time or times within twenty-four (24) months of the rendition of any statement or invoice forming the basis of such claim

Back to Top

## 10. Indemnity

Buyer shall indemnify and hold Seller and Seller's Affiliates and supplier harmless from and against any and all claims, demands, suits or liabilities for damage to property or for injury or death of any person, or for non-compliance with any requirement of any governmental entity arising out of an act or omission of Buyer or its agents or servants in receiving, using, storing or transporting Marine Fuels delivered hereunder, including exposure thereto, unless the same be due to the sole negligence of Seller.

Back to Top

## 11. Force Majeure

Either Party will be excused from its obligations hereunder to the extent that its performance is delayed, substantially hindered or prevented by circumstances beyond its control (hereafter "Force Majeure") including, but not limited to, acts of God, weather, harbor conditions, fire, explosions, mechanical breakdown, strikes, plant shutdowns, civil disturbances and government regulations. Such Force Majeure shall not excuse Buyer's obligation to make payment for Marine Fuels received. Seller shall not be liable for any demurrage or other costs resulting from any delay or failure to perform on the part of Seller caused by Force Majeure. The Party declaring Force Majeure shall give prompt written notice and full particulars of such event to the other Party. The declaring Party shall attempt to remedy the Force Majeure with all reasonable dispatch, but if such Force Majeure continues beyond the end of the Pricing Date Range, this Contract may be terminated by written notice from either Party. Seller shall not be obligated to make up any deliveries not fulfilled as a result of Force Majeure.

Back to Top

Chevron Global Marine - Terms of Sale                                             Page 9 of 10

**12. Miscellaneous**

(a) If performance by Seller becomes impracticable for any reason, including, but not limited to, orders, requests or suggestions by any official body relating to supplies, priorities, rationing or allocations of crude oil from which Marine Fuels are derived or any other petroleum products, Seller may reduce or stop deliveries in such a manner as it may in its sole discretion determine and shall be relieved of its obligation to perform hereunder despite that such cause(s) is not attributable to Force Majeure.

(b) Except as otherwise expressly provided herein, no director, employee or agent of Buyer, its subcontractors or vendors, shall give or receive from any director, employee or agent of Seller or any affiliate, any commission, fee, rebate, gift or entertainment of significant cost or value in connection with this Contract. In addition, no director, employee, or agent of Buyer, its subcontractors or vendors, shall enter into any business arrangement with any director, employee, or agent of Seller or any affiliate who is not acting as a representative of Seller or its affiliate without prior written notification thereof. In carrying out its responsibilities under this Contract, Buyer will not pay or agree to pay, directly or indirectly, any funds or anything of value to any public official or official of a public or international organization for the purpose of influencing such person's official acts or decisions. Any representative(s) authorized by Seller may audit the applicable records of the last three years of Buyer for the sole purpose of determining whether there has been compliance with this Section 12(b).

(c) Buyer may not assign its rights or obligations hereunder without the prior written consent of Seller, such consent not to be unreasonably withheld or delayed. Seller may freely assign its rights and obligations hereunder to any third party, in which case such assignee shall become the Seller and assume all of Seller's rights and obligations under this Contract with no further obligation or liability on the party of Chevron Marine Products LLC. No assignment shall require either Party to conduct business with a third party in violation of any applicable laws, rules or regulations, and either Party may terminate this Contract forthwith if any such laws rules or regulations would or could be violated as a result of such assignment.

(d) If any provision or portion of this Contract shall be adjudged invalid or unenforceable by a court of competent jurisdiction or by operation of any applicable law, such provision or portion of this Contract shall be deemed omitted and the remaining provisions and portions shall remain in full force and effect.

(e) Modifications or amendments to the Contract shall be valid only when expressly agreed upon in writing. The waiver or failure to require the performance of any covenant or obligation contained herein shall not be deemed to constitute a waiver of a similar later breach.

(f) Notices under this Contract shall be made and deemed duly given only when delivered in writing to the other party to the address set forth in Part 1, or such updated address as may be specified by a party from time to time.

Back to Top

**13. Governing Law**

This Contract shall be governed and construed in all particulars by the laws of the State of New York, United States of America, without regard to those laws that would reference the laws of another jurisdiction.

Back to Top

**14. Dispute Resolution**

All unresolved disputes and claims arising in connection with the sale of Marine Fuels to which these Terms of Sale apply shall be referred to arbitration conducted in the City of New York in accordance with the Commercial Rules of the American Arbitration Association. For claims stated in an amount of $10,000 or less, the unsuccessful party shall pay all out-of-pocket arbitration costs. The proceedings and decision of the arbitrator shall be in English, and decision shall be delivered no later than one hundred twenty (120) days after referral to arbitration or as soon thereafter as possible. Prior to arbitration, should the parties fail to agree on an arbitrator within sixty (60) days of referral to arbitration, either party may request selection of an arbitrator by the American Arbitration Association, which selection shall be accepted by the parties.

Back to Top

PRINTABLE VERSION

© 2001- 2014 Chevron U.S.A. Inc. All rights reserved. All trademarks are property owned by Chevron Intellectual Property LLC. Terms of Use | Privacy Statement | Site Map



Chevron

Chevron Marine Products LLC
6001 Bollinger Canyon Road, Bldg. L, 3rd Floor
San Ramon, CA 94583

| | |
|---|---|
| O.W. Bunker USA Inc. | Invoice Number: 14531169 |
| 2603 Augusta Drive, Suite 440 | Invoice Date: 23-Oct-2014 |
| Houston | Due Date: 14-Nov-2014 |
| TX 77057 | PO Number: |
| United States | |

Attn: Finance Dept
Ph:
Fax:
Email:

| | | | |
|---|---|---|---|
| Invoice Type: | Final | Load Port: | Portland OR TRM Pacific TRM Services : USA |
| Chevron Contract: | OWBUC14TS0003 | Discharge Port: | Portland OR : USA |
| Delivery Term: | Delivered | Delivery Date: | 16-Oct-2014 |
| Vessel: | Global Phoenix | BOL Date: | |
| | | NOR Date: | |

| Description | QTY(BBL) | QTY(MT) | Price | UOM | Amount(USD) |
|---|---|---|---|---|---|
| RMG-380Max 3.5%Sulfur | 4,189.400 | 660.180 | 619.0000 | MT | 408,651.42 |
| Oregon Spill Charges | | | | | 60.00 |
| **Total Amount Due** | | | | | 408,711.42 |

Remarks: Equivalent to #6FO, not suitable for road use. Motor Fuel tax doesn't apply.

Payment Terms: 30 DAYS FROM DATE OF DELIVERY

Remit To: JP Morgan Chase Chicago,
Illinois 60605 USA
Account: Chevron Marine Products LLC Wire
A/C#
ACH A/C#
Swift Code# CHASUS33

For information regarding this invoice please contact:
Maricris Penls
Ph:
Fax:
Email:OCMH@chevron

Products (Including Applicable Costs) Are Delivered On The Full Faith And Credit Of The Vessel, Its Master, Owner, Operator, Charterer And The
Addressee. Late Payment Shall Be Subject To A Fee Of 2%, Or A Maximum Permissible Under Applicable Law (Whichever Is Less), Per 30 Day Period.



Chevron

Chevron Marine Products LLC
6001 Bollinger Canyon Road, Bldg. L, 3rd Floor
San Ramon, CA 94583

O.W. Bunker USA Inc.
2603 Augusta Drive, Suite 440
Houston
TX 77057
United States

| | |
|---|---|
| Invoice Number: | 14531275 |
| Invoice Date: | 24-Oct-2014 |
| Due Date: | 18-Nov-2014 |
| PO Number: | 172-13146 |

Attn : Finance Dept
Ph :
Fax :
Email :

| | | | | |
|---|---|---|---|---|
| Invoice Type: | Final | Load Port: | Portland OR TRM Pacific TRM Services : USA | |
| Chevron Contract: | CWBUC14TS0004 | Discharge Port: | Portland OR : USA | |
| Delivery Tenn: | Delivered | Delivery Date: | 20-Oct-2014 | |
| Vessel: | Cmb Giulia | BOL Date: | | |
| | | NOR Date: | | |

| Description | QTY(BBL) | QTY(MT) | Price | UOM | Amount(USD) |
|---|---|---|---|---|---|
| IF-380Max 1%Sulfur | 637.230 | 100.110 | 800.0000 | MT | 80,088.00 |
| RMG-380Max 3.5%Sulfur | 2,957.480 | 464.940 | 614.0000 | MT | 285,473.16 |
| Oregon Spill Charges | | | | | 60.00 |
| **Total Amount Due** | | | | | 365,621.16 |

Remarks: Equivalent to #6FO, not suitable for road use. Motor Fuel tax doesn't apply.

Payment Terms: 30 DAYS FROM DATE OF DELIVERY

Remit To: JP Morgan Chase Chicago,
Illinois 60606 USA
Account: Chevron Marine Products LLC Wire
A/C#
ACH A/C#
Swift Code# CHASUS33

For information regarding this invoice please contact:
Maricris Penis
Ph:
Fax:
Email:OCMH@chevron

Products (including Applicable Costs) Are Delivered On The Full Faith And Credit Of The Vessel, Its Master, Owner, Operator, Charterer And The Addressee. Late Payment Shall Be Subject To A Fee Of 2%, Or A Maximum Permissible Under Applicable Law (Whichever Is Less), Per 30 Day Period.


Chevron

Chevron Marine Products LLC
6001 Bollinger Canyon Road, Bldg. L, 3rd Floor
San Ramon, CA 94583

| | |
|---|---|
| O.W. Bunker USA Inc. | Invoice Number: 14532585 |
| 2603 Augusta Drive, Suite 440 | Invoice Date: 31-Oct-2014 |
| Houston | Due Date: 28-Nov-2014 |
| TX 77057 | PO Number: |
| United States | |

Attn :  Finance Dept
Ph :
Fax :
Email :

| | | | | |
|---|---|---|---|---|
| Invoice Type: | Final | Load Port: | Portland OR TRM Pacific TRM Services · USA | |
| Chevron Contract: | OWBUC14T60005 | Discharge Port: | Portland OR : USA | |
| Delivery Term: | Delivered | Delivery Date: | 31-Oct-2014 | |
| Vessel: | Aston Trader II | BOL Date: | | |
| | | NOR Date: | | |

| Description | QTY(BBL) | QTY(MT) | Price | UOM | Amount(USD) |
|---|---|---|---|---|---|
| RMG-380Max 3.5%Sulfur | 3,602.650 | 550.650 | 593.0000 | MT | 326,535.45 |
| Oregon Spill Charges | | | | | 60.00 |
| Total Amount Due | | | | | 326,595.45 |

Remarks:    Equivalent to #6FO, not suitable for road use. Motor Fuel tax doesn't apply.

Payment Terms:    30 DAYS FROM DATE OF DELIVERY

Remit To:    JP Morgan Chase Chicago,
Illinois  60606 USA
Account: Chevron Marine Products LLC Wire
A/C# ▮▮▮▮▮▮▮▮▮▮
ACH A/C# ▮▮▮▮▮▮▮▮▮▮
Swift Code# CHASUS33

For information regarding this invoice please contact:
Aileen Dangue
Ph:
Fax:
Email:BYCB@chevron.com

Products (Including Applicable Costs) Are Delivered On The Full Faith And Credit Of The Vessel, Its Master, Owner, Operator, Charterer And The
Addressee. Late Payment Shall Be Subject To A Fee Of 2¼, Or A Maximum Permissible Under Applicable Law (Whichever Is Less), Per 30 Day Period.