### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2431
DIRECT FAX
917-777-2431
EMAIL ADDRESS
JULIE.COHEN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

January 4, 2016

**By Electronic Filing**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

RE:   Canpotex Shipping Services Ltd. v. O.W. Bunkers (UK) Ltd., et al, No. 15 Civ. 1351(VEC)

Dear Judge Caproni:

     We represent John Sommer Schmidt as trustee on behalf of O.W. Supply & Trading A/S ("OW Denmark").  OW Denmark is a defendant in the above-captioned proceeding.  We write pursuant to Your Honor's Individual Rule 1.C to request an extension of time to respond to the First Amended Complaint for Interpleader from January 4, 2016 to January 29, 2016.  As this Court has been previously advised, OW Denmark is currently in liquidation and has assigned its rights to ING in a Cooperation Agreement.  (*See, e.g.*, ECF No. 1 ¶ 30.)  In this connection, we have been working and continue to work with counsel to the other respective parties in this action to dismiss OW Denmark from the case.  Counsel for Plaintiff Canpotex Shipping Services, Ltd. have agreed to this extension.

                                                 Respectfully,

                                               /s/ Julie E. Cohen
                                               Julie E. Cohen

cc:   All counsel (via ECF)