# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL:

(212) 574-1448

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

January 12, 2016

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *O.W. Bunker-Related Interpleader Actions (See Schedule 1)*

Dear Judge Caproni:

    We represent ING Bank N.V., as Security Agent ("ING Bank") in reference to the O.W. Bunker-related interpleader actions (the "Actions") set forth on Schedule 1 (the "Non-Stayed Actions") to this letter. We respectfully update the status of discovery as follows:

    The depositions of the corporate representatives of (1) Bonny Gas Transport Ltd. and (2) U.S. Oil Trading LLC took place on January 5 and January 7, 2016, respectively. There are five additional 30(b)(6) depositions presently scheduled through the remainder of the discovery period, as follows:

| Deponent | Noticed By | Date/Location |
|---|---|---|
| Chemoil Latin America, Inc. | ING Bank | January 14, 2016 |
| Hapag-Lloyd Aktiengesellschaft | ING Bank/O.W. Bunker Germany GmbH | January 19, 2016 |
| Chevron Marine Products, LLC | ING Bank | January 20, 2016 |
| Chemoil Middle East DMCC | ING Bank | January 27, 2016 |
| GPS Chemoil LLC FZC | ING Bank | January 27, 2016 |

    Further, by order dated January 7, 2016, Your Honor ordered that NuStar Terminal Marine Services N.V. ("NuStar") make its witnesses available to be deposed or redeposed upon the request of any other party on or before January 22, 2016 in connection with its Motion for Leave to Amend in the Non-Stayed Action *Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH, et al.*, Case No. 14 Civ. 9542. *See* ECF No. 111. Also in the *Bonny*

Hon. Valerie E. Caproni
January 12, 2016
Page 2

*Gas* matter, the deposition of non-party Seven Seas Steamship Co., noticed by NuStar and/or NuStar Energy Services, Inc., has been scheduled for January 26, 2016.

Written discovery also continues in the Non-Stayed Actions and has not concluded. A number of parties have exchanged additional requests for discovery based on information obtained during deposition discovery. Many of these requests remain outstanding but ING Bank understands that all parties are endeavoring to respond in due course within the discovery period.

**OW Germany Extension Request**

*Counsel for OW Germany:* O.W. Bunker Germany GmbH ("OW Germany") respectfully requests that the current discovery deadline in actions 14-cv-9542, 14-cv-9949, 14-cv-10027, and 15-cv-6718 be extended to **February 26, 2016**.

While the parties have made substantial progress in conducting discovery, OW Germany respectfully submits that several factors warrant an additional extension. First, as reported herein, a number of parties, non-parties, and individual witnesses have yet to be deposed, including Hapag-Lloyd AG ("Hapag"), Seven Seas Steamship Co. ("Seven Seas"), O.W. Bunker USA, Inc. ("OW USA"), Norton Lilly International Inc. ("Norton Lilly"), and two former O.W. Germany employees located in Hamburg. The parties have managed to schedule some of these depositions before expiration of the current deadline. However, given (a) the number of parties and attorneys involved, (b) the overlap with other actions and previously scheduled depositions, (c) the location of witnesses and required travel time, and (d) the inevitability of conflicts and prior commitments, it would be exceedingly difficult to schedule, prepare for, and conduct the remainder by January 29, 2016.

Your Honor also has ordered NuStar to "make its witnesses available to be deposed, or redeposed, as the case may be, upon the request of any other party on or before January 22, 2016," as a condition to filing an Amended Answer and Verified Claim in action 14-cv-9542 [Dkt. # 111]. Insofar as this Order may be read to require either (i) the deposition requests to be made or (ii) the depositions to be completed by January 22, 2016, OW Germany seeks clarification of the Order and a corresponding extension of that deadline as well.

Counsel for OW Germany, NuStar, and ING Bank have had a preliminary discussion about Your Honor's Order, and agree that it would not be feasible to schedule and conduct additional depositions of NuStar's witnesses on or before Friday, January 22. The parties in actions 14-cv-9949, 14-cv-10027, and 15-cv-6718 are set to conduct the deposition of Hapag's corporate representative on Tuesday, January 19 (the day after the Martin Luther King, Jr. holiday). In addition, counsel for OW Germany, Hapag, and ING Bank are set to travel to Houston to appear before the Hon. Lynn Hughes in the Southern District of Texas on Thursday, January 21, 2015, for a hearing in two other OW-related actions commenced by NuStar (which Judge Hughes declined to transfer to this Court pursuant to 28 U.S.C. § 1404).

Hon. Valerie E. Caproni
January 12, 2016
Page 3

      Second, the depositions of various witnesses have revealed the existence of documents that should have been produced in response to prior requests, which therefore need to be made available and reviewed before the completion of depositions and the end of discovery. For example, the corporate representative of O'Rourke Marine Services ("OMS") revealed that OMS possesses undisclosed email communications with OW USA from which OMS culled certain attachments, including bunker delivery notes and invoices. Likewise, the corporate representative of U.S. Oil Trading LLC ("USOT") revealed the existence of a credit file maintained by USOT for O.W. Bunker & Trading A/S ("OW Denmark"). As Your Honor may recall [14-cv-9949, Dkt. # 139 at pp. 3-4], USOT contends that it entered into an agreement with OW Denmark to supply four vessels with bunkers at the Port of Tacoma, Washington—even though (a) USOT only communicated with OW USA and (b) Hapag placed the orders for those bunkers with OW Germany. The documents in the credit file supposedly form the basis for USOT's allegations, but they have not been produced as part of discovery to date. USOT's attorneys have also indicated that they are in possession of documents received from Norton Lilly in response to a Rule 45 non-party subpoena, which have not been provided to the other parties. OW Germany is in the process of preparing formal discovery demands for all of these documents, and therefore seeks an extension in part to ensure that the receiving parties have adequate time to respond under Rule 34.

      Third, a trial has been scheduled in another OW Bunker-related matter involving ING Bank for the week after Presidents' Day (Feb. 17 – 19) in the Southern District of Alabama (1:14-cv-00590). OW Germany submits that a shorter extension could potentially create scheduling conflicts with counsel's trial preparation or the actual trial itself.

      Accordingly, OW Germany respectfully requests an additional four weeks to schedule and complete discovery in actions 14-cv-9542, 14-cv-9949, 14-cv-10027, and 15-cv-6718 on or before February 26, 2016.

      *Counsel for USOT:* USOT learned of O.W. Germany's request at approximately 3:45 p.m. today, and does not see the need for the requested extension in 14-cv-9949 and 15-cv-6718. We do not agree that any further discovery is warranted as O.W. Germany suggests and are prepared to discuss with the Court any of the discovery the parties cannot work out between themselves.

**Current Schedule**

      The current deposition schedule in respect of particular cases is as follows:

*(1) Birch Shipping Ltd. v. O.W. Bunker China Ltd. (HK), et al.,* Case No. 14 Civ. 9282

| Deponent | Noticed By | Date/Location |
|---|---|---|
| Birch Shipping Ltd. | ING Bank | **Deposition held December 9, 2015** |
| Chemoil Latin America, Inc. | ING Bank | January 14, 2016 |

Hon. Valerie E. Caproni
January 12, 2016
Page 4

*(2) Clearlake Shipping Pte Ltd v. O.W. Bunker (Switzerland) SA, et al.*, Case No. 14 Civ. 9287

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Clearlake Shipping Pte Ltd. | ING Bank | **Deposition held November 6, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |
| LBH Group | NuStar Energy Services, Inc. | **Deposition held December 14, 2015** |

*(3) Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH, et al.*, Case No. 14 Civ. 9542

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Bonny Gas Transport Ltd. | ING Bank / O.W. Bunker Germany GmbH | **Deposition held January 5, 2016** |
| NuStar Terminal Marine Services N.V. | ING Bank / O.W. Bunker Germany GmbH | **Deposition held December 2-3, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |
| Seven Seas Steamship Co. | NuStar Energy Services, Inc. and/or NuStar Terminal Marine Services N.V. | January 26, 2016 |
| NuStar (John Andrew Downs) | O.W. Bunker Germany GmbH | TBD |
| O.W. Bunker Germany GmbH | NuStar Energy Services, Inc. and/or NuStar Terminal Marine Services N.V. | TBD |

*(4) SHV Gas Supply & Risk Management SAS v. O.W. Bunker USA Inc., et al.*, Case No. 14 Civ. 9720

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Exmar Shipping BVBA | ING Bank / NuStar Energy Services, Inc. | **Deposition held December 4, 2015** |
| SHV Gas Supply & Risk Management SAS | ING Bank / NuStar Energy Services, Inc. | **Deposition held December 4, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |

(5) *Hapag-Lloyd Aktiengesellschaft v. U.S. Oil Trading LLC, et al.*, Case No. 14 Civ. 9949

| Deponent | Noticed By | Date/Location |
|---|---|---|
| Hapag-Lloyd Aktiengesellschaft | ING Bank / O.W. Bunker Germany GmbH | January 19, 2016 |
| U.S. Oil Trading LLC | ING Bank / O.W. Bunker Germany GmbH | **Deposition held January 7, 2016** |
| Norton Lilly International, Inc.[1] | U.S. Oil Trading LLC | Adjourned pending production of documents |
| ING Bank | Hapag-Lloyd | **Deposition held December 11, 2015** |
| O.W. Bunker Germany GmbH | Hapag Lloyd | Final date and location to be agreed |

(6) *OSG Ship Management, Inc. v. O.W. Bunker USA Inc., et al.*, Case No. 14 Civ. 9973

| Deponent | Noticed By | Date/Location |
|---|---|---|
| 1372 Tanker Corp. | ING Bank | **Deposition held December 7, 2015** |
| OSG Ship Management, Inc. | ING Bank | **Deposition held December 7, 2015** |
| Chemoil Middle East DMCC | ING Bank | January 27, 2016 |
| GPS Chemoil LLC FZC | ING Bank | January 27, 2016 |

(7) *Hapag-Lloyd Aktiengesellschaft v. O'Rourke Marine Service L.P., et al.*, Case No. 14 Civ. 10027

| Deponent | Noticed By | Date/Location |
|---|---|---|
| Hapag-Lloyd Aktiengesellschaft | ING Bank / O.W. Bunker Germany GmbH | January 19, 2016 |
| O'Rourke Marine Services L.P., L.L.P. | ING Bank / O.W. Bunker Germany GmbH | **Deposition held December 18, 2015** |
| Angela Dalcour | O.W. Bunker Germany GmbH | Final date and location to be agreed |
| O.W. Bunker USA, Inc. | O.W. Bunker Germany GmbH | Adjourned *sine die* |
| ING Bank | Hapag-Lloyd | **Deposition held December 11, 2015** |
| O.W. Bunker Germany GmbH | Hapag Lloyd | Final date and location to be agreed. |

---

[1] Notice of Deposition by subpoena of non-party.

(8) *NYK Bulk & Project Carriers Ltd v. O.W. Bunker USA Inc., et al.*, Case No. 14 Civ. 10090

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Nyk Bulk & Project Carriers Ltd. | ING Bank | **Deposition held December 16 and December 21, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |

(9) *Nippon Kaisha Line Limited v. O.W. Bunker USA Inc., et al.*, Case No. 14 Civ. 10091

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Nippon Kaisha Line Ltd. | ING Bank | **Deposition held December 16 and December 21, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |
| Inchcape Shipping Services | NuStar Energy Services, Inc. | **Deposition held December 9, 2015** |

(10) *Canpotex Shipping Services Limited v. O.W. Bunkers (UK) Limited, et al.*, Case No. 15 Civ. 1351

| Deponent | Noticed By | Date/Location |
| --- | --- | --- |
| Canpotex Shipping Services Ltd. | ING Bank | **Deposition held December 10, 2015** |
| Chevron Marine Products LLC | ING Bank | January 20, 2016 |

Hon. Valerie E. Caproni
January 12, 2016
Page 7

*(11) SK Shipping Co., Ltd. v. NuStar Energy Services, Inc., et al.*, Case No. 15 Civ. 2141

| Deponent | Noticed By | Date/Location |
|---|---|---|
| SK B&T Pte Ltd. | ING Bank | **Deposition held November 11, 2015** |
| SK Shipping Co. Ltd. | ING Bank | **Deposition held November 12, 2015** |
| NuStar Energy Services, Inc. | ING Bank | **Deposition held December 2-3, 2015** |
| ING Bank | NuStar Energy Services, Inc. | **Deposition held December 11, 2015** |
| Wilhelmsen Ship Services | NuStar Energy Services, Inc. | **Deposition held December 4, 2015** |

*(12) U.S. Oil Trading L.L.C. v. M/V VIENNA EXPRESS, et al.*, Case No. 15 Civ. 6718

| Deponent | Noticed By | Date/Location |
|---|---|---|
| Hapag-Lloyd Aktiengesellschaft | ING Bank / O.W. Bunker Germany GmbH | January 19, 2016 |
| U.S. Oil Trading LLC | ING Bank / O.W. Bunker Germany GmbH | **Deposition held January 7, 2016** |
| ING Bank | Hapag-Lloyd | **Deposition held December 11, 2015** |
| O.W. Bunker Germany GmbH | Hapag Lloyd | Final date and location to be agreed. |

\* \* \* \*

The parties to these related actions specifically reserve all rights, claims and defenses, without limitation. Thank you.

Respectfully submitted,

Brian P. Maloney

SK 28644 0001 6989270

Schedule 1
O.W. Bunker-Related Interpleader Matters
(Non-Stayed Actions)

1. *Birch Shipping Ltd. v. O.W. Bunker China Ltd. (HK), et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9282 (VEC)

2. *Clearlake Shipping Pte Ltd v. O.W. Bunker (Switzerland) SA, et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9287 (VEC)

3. *Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH, et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9542 (VEC)

4. *SHV Gas Supply & Risk Management SAS v. O.W. Bunker USA Inc., et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9720 (VEC)

5. *Hapag-Lloyd Aktiengesellschaft v. U.S. Oil Trading LLC, et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9949 (VEC)

6. *OSG Ship Management, Inc. v. O.W. Bunker USA Inc., et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 9973 (VEC)

7. *Hapag-Lloyd Aktiengesellschaft v. O'Rourke Marine Service L.P., et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 10027 (VEC)

8. *NYK Bulk & Project Carriers Ltd v. O.W. Bunker USA Inc., et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 10090 (VEC)

9. *Nippon Kaisha Line Limited v. O.W. Bunker USA Inc., et al.*
   U.S.D.C., S.D.N.Y., Case No. 14 Civ. 10091 (VEC)

10. *Canpotex Shipping Services Limited v. O.W. Bunkers (UK) Limited, et al.*
    U.S.D.C., S.D.N.Y., Case No. 15 Civ. 1351 (VEC)

11. *SK Shipping Co., Ltd. v. NuStar Energy Services, Inc., et al.*
    U.S.D.C., S.D.N.Y., Case No. 15 Civ. 2141 (VEC)

12. *U.S. Oil Trading L.L.C. v. M/V VIENNA EXPRESS, et al.*
    U.S.D.C., S.D.N.Y., Case No. 15 Civ. 6718 (VEC)